IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) CR. NO. 2:17cr208-WKW<br>) [18 U.S.C. § 2252A(a)(2)] |
| KEITH CHANNING REDDICK | )<br>)<br>) INFORMATION |

The Grand Jury charges:

## COUNT 1
[Receipt of Child Pornography]

Between on or about July 9, 2008, through on or about April 26, 2011, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

**KEITH CHANNING REDDICK,**

did unlawfully and knowingly receive or attempt to receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported using any means or facility of interstate or foreign commerce, or that has shipped or transported in or affecting interstate commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## FORFEITURE ALLEGATION

A.  The allegations contained in Count 1 of this Information are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

B.  Upon conviction for the violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B), as alleged in Count 1 of this Information, the defendant,

KEITH CHANNING REDDICK,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(1) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and,

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

Such property includes, but is not limited to: one Dell Precision T3500 computer workstation, serial number 1MRBM1 containing within a Seagate 250GB HDD, serial number 9VY5V44Z.

C. If any of the property described above, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All pursuant to Title 18, United Sates Code, Section 2253.

        A. CLARK MORRIS
        ACTING UNITED STATES ATTORNEY

        *Hollie W. Reed*
        Hollie W. Reed
        Assistant United States Attorney


        _____
        Kevin P. Davidson
        Assistant United States Attorney