# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:17-CR-00208-WKW-GMB |
| | ) | |
| KEITH CHANNING REDDICK | ) | |

## MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL PURSUANT TO UNITED STATES SENTENCING GUIDELINE § 3E1.1(b) FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and files the above-captioned Motion, and as reasons therefore, submits the following:

1. Defendant qualifies for a reduction in his sentence pursuant to U.S.S.G. § 3E1.1(b) because he assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2. Accordingly, pursuant to U.S.S.G. § 3E1.1(b), the United States respectfully moves this Court to reduce defendant's offense level by one (1) level. Combined with the two (2) level reduction applied to defendant's offense level pursuant to U.S.S.G. § 3E1.1(a), a total reduction of three (3) levels should be applied to defendant's offense level for his acceptance of responsibility.

Respectfully submitted this the 12th day of October, 2017.

>LOUIS V. FRANKLIN, SR.
>UNITED STATES ATTORNEY
>
>/s/Hollie W. Reed
>HOLLIE W. REED
>Assistant United States Attorney
>131 Clayton Street
>Montgomery, AL  36104
>Tel: (334) 223-7280
>Fax: (334) 223-7135
>Email: hollie.reed@usdoj.gov

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:17-CR-00208-WKW-GMB** |
| | ) | |
| **KEITH CHANNING REDDICK** | ) | |

## CERTIFICATE OF SERVICE

I, Hollie W. Reed, Assistant United States Attorney, hereby certify that on this the 12th day of October, 2017, I filed the foregoing with the Clerk of the Court through the CM/ECF system, which will provide notification of such filing to counsel for defendant.

    Respectfully submitted,

    /s/Hollie W. Reed
    HOLLIE W. REED
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: hollie.reed@usdoj.gov