# EXHIBIT 1

1           THE UNITED STATES ATTORNEY'S OFFICE

2            NORTHERN DISTRICT OF ALABAMA

3

4

5  TAPE-RECORDED INTERVIEW OF

6  KEITH REDDICK:

7

8

9

10

11          * * * * * * * * * *

12

13

14

15         INTERVIEW OF KEITH REDDICK transcribed from a

16  tape recording by Stacey L. Johnson, Certified Court

17  Reporter and Commissioner for the State of Alabama at

18  Large, on January 23, 2017.

19

20

21

22

23

24

25         * * * * * * * * * *

1          INTERVIEWER 1:  So they asked us to look into

2    it, and so we -- we have found where it was at and now

3    it's not there and if we know what computer it came

4    from.  So we just want to, you know, talk to you about

5    it, see what you can shed some light on that about.

6          THE WITNESS:  Well, you know, I want to work

7    with you guys and cooperate and --

8          INTERVIEWER 2:  Do -- do you have a computer

9    at home?

10          THE WITNESS:  Yeah.

11          INTERVIEWER 2:  You have Internet at home?

12          THE WITNESS:  Uh-huh.

13          INTERVIEWER 2:  Do you -- do you have -- do

14    you have any of this stuff at your house?  Do you have

15    any filters on your home computer, blocks, anything

16    like that?

17          THE WITNESS:  Uh-huh.

18          INTERVIEWER 2:  Who -- who's your Internet

19    service through?  Do you know?

20          THE WITNESS:  I think it's -- I always get

21    confused between Knology and Charter.  I think it's

22    Knology.

23          INTERVIEWER 2:  Okay.

24          THE WITNESS:  Yeah.

25          INTERVIEWER 2:  That's the majority that's

1    here anyway, Knology.

2                THE WITNESS:  It's Knology or Charter in most

3    places.

4                INTERVIEWER 1:  Yeah.  So I guess you figured

5    out what we was doing over there yesterday is why you

6    did that or whatever or somebody tell you?  Nobody

7    told you, did they?

8                THE WITNESS:  Huh-uh.  No, nobody told me --

9    nobody told me anything except I couldn't go in the

10   print room on the computer or print, so...

11               INTERVIEWER 1:  Right.

12               THE WITNESS:  Yeah.

13               INTERVIEWER 2:  Well, Keith, when were you

14   first been exposed to some of this stuff?

15               THE WITNESS:  Talking about pornography

16   stuff?

17               INTERVIEWER 2:  Yeah.

18               THE WITNESS:  I guess like everybody else

19   when you're like four or five, six years old, you

20   know, just -- either your dad watching it or finding a

21   Playboy in a Dumpster kind of thing, so...

22               INTERVIEWER 2:  And it's -- it's not the

23   adult pornography that concerns us.  It's there was

24   some children on that to be found.  That's what

25   concerns us.

```
1                INTERVIEWER 1:  We just want to make sure
2      that -- that it just come from the Internet or
3      whatever, shared, that it's not any live victims,
4      because we don't know.  I mean, we -- we hadn't got --
5      sent it off to NCMEC to verify the hash.  If it's a
6      real -- I mean, they're all real people.  They might
7      be, you know, their 20s or 30s now, but they was a
8      child at one time.  But we just -- we just want to
9      make sure there's no, you know -- you know.
10               THE WITNESS:  Right.
11               INTERVIEWER 1:  -- any -- a known victim or
12     whatever.
13               INTERVIEWER 2:  I mean, you didn't take any
14     of those pictures personally?
15               THE WITNESS:  I didn't take anything.
16               INTERVIEWER 2:  Okay.
17               THE WITNESS:  Yeah.
18               INTERVIEWER 2:  So I mean, that -- that's --
19               THE WITNESS:  That's what I wanted to make
20     sure.
21               INTERVIEWER 2:  That's the main thing that we
22     need to know today is that you didn't --
23               INTERVIEWER 1:  You don't have any --
24               INTERVIEWER 2:  -- have nothing to do with
25     the production of any of those pictures.
```

1           THE WITNESS:  I've never took any pictures of

2     anything like, you know -- any nude anything, even my

3     wife.

4           INTERVIEWER 1:  Well, I mean, that's what we

5     want to make sure that we're not dealing with a child

6     somewhere that's being videoed or stuff, because

7     there's a lot of them out there, you know, on the

8     Internet.

9           What was you -- what do you use, Lime Wire?

10    Is that --

11          THE WITNESS:  No.  I -- I mean, what is Lime

12    Wire?  Is Lime Wire like Napster?

13          INTERVIEWER 1:  Yeah, something like that.

14          THE WITNESS:  I think I remember that one

15    back in the day.  I don't think I ever used that

16    before.  I think it was music or movies, like real --

17          INTERVIEWER 1:  Yeah.

18          THE WITNESS:  -- production movies.

19          INTERVIEWER 1:  Right.

20          THE WITNESS:  That and what's the other one,

21    uTorrent?

22          INTERVIEWER 1:  There used to be a uTorrent,

23    Bit Torrent, Frost Wire and --

24          INTERVIEWER 2:  Just -- you know, they go on.

25          INTERVIEWER 1:  -- Better Share.  There's a

1  bunch of them out there.

2          INTERVIEWER 2:  But you -- you've used those

3  before like to download music and things?

4          THE WITNESS:  Music and movies, yeah, which

5  is probably not good to do either.

6          INTERVIEWER 2:  Well, I mean, you know.

7          INTERVIEWER 1:  Well, yeah, a lot of folks do

8  that, too, but we're not the --

9          INTERVIEWER 2:  We're not the -- the --

10          INTERVIEWER 1:  Music -- music industry.

11          THE WITNESS:  Yeah.

12          INTERVIEWER 1:  RIAA or whoever.

13          THE WITNESS:  Most of the time it's download

14  it, and then if you like it, you go buy it kind of

15  thing because the downloads are never that good

16  quality-wise.  Of course, there are other programs

17  that you can listen to it for free, so...

18          INTERVIEWER 1:  Uh-huh.

19          INTERVIEWER 2:  So when did you first stumble

20  on to the child porn part of it?

21          THE WITNESS:  This is the part where I don't

22  know if I should -- I know my wife's told me -- my

23  wife told me I should just get a card and say, well, I

24  need to talk to my lawyer and we'll call you after I

25  get on with him.  Of course, I don't have a lawyer, so

```
1   she has to -- which I would -- I talked to her about

2   whether or not I should take the free one because I

3   know we can't afford one.

4          If the process goes where I sit here and

5   spell everything out versus having a lawyer sitting

6   with me and me spelling everything out, how -- how's

7   the outcome differ -- differ in those two genres or

8   two roads, I guess?

9          INTERVIEWER 1:  Well, I guess it's really no

10  different if -- if you spill your beans or whatever

11  per se with a lawyer here or without one.  I mean, you

12  still tell it, but, I mean, of course, he may tell you

13  not to.  But I mean, you may -- you may feel better to

14  get it off -- get it out.

15         INTERVIEWER 2:  Does your wife know about

16  the -- the child part?

17         THE WITNESS:  Well, she knows what I told her

18  last night.

19         INTERVIEWER 2:  I mean, what did you tell her

20  last night?

21         THE WITNESS:  That some guys come in and took

22  the computers, you know.

23         INTERVIEWER 1:  Oh, she just knows about --

24         THE WITNESS:  She knows everything that she

25  needs to know.
```

```
 1              INTERVIEWER 1:  Oh, okay.
 2              INTERVIEWER 2:  Did you tell her that -- what
 3     was on the computer?
 4              THE WITNESS:  I told her what I thought was
 5     on there.
 6              INTERVIEWER 2:  And what did you think?  I
 7     mean, did you think it was just porn --
 8              THE WITNESS:  Porn.
 9              INTERVIEWER 2:  -- or did you think it was
10     porn with children?
11              THE WITNESS:  That's the part I'm not going
12     to say, you know, I'm not going to directly say
13     anything.
14              INTERVIEWER 2:  I mean, obviously it concerns
15     you enough to -- to tell her, and it concerns you
16     enough to try to remove it.  So -- so -- well...
17              INTERVIEWER 1:  Well, I mean -- let me --
18     step out here.
19              THE WITNESS:  I'm just going to say I guess
20     what's the best and worst case scenario here?  I mean,
21     you know, is that something y'all can even...
22              INTERVIEWER 2:  Well, I mean, best case
23     scenario would be present it to the U.S. Attorneys
24     Office and, of course, they have to follow through
25     with what they're required to do.  And best case
```

1   scenario would be counseling, probation, mandatory

2   treatment.  Worst case scenario is prison.  You know,

3   I'm not going to lie to you.  You'd be a fool to

4   believe me if I told you different.  So I mean, do we

5   see everybody that we deal with them -- do we see them

6   go to prison for, you know, 30 years?  No.  We see a

7   lot of treatment programs.  We see a lot of, you know,

8   restrictions to computers and, you know, to try to

9   alleviate that temptation and --

10          THE WITNESS:  If you work on computers, how

11   does that --

12          INTERVIEWER 2:  Internet usage.  I shouldn't

13   say necessarily computer usage.  Yeah, I mean, the job

14   you've got, no one does it by hand anymore unless

15   they're like 90 years old.

16                (Brief interruption.)

17          THE WITNESS:  Sorry.

18          INTERVIEWER 2:  That's --

19          INTERVIEWER 1:  That's all right.

20          INTERVIEWER 2:  But, you know, I mean, I --

21   yeah, I mean, you would have to use a computer.

22   That's true.  But, you know -- you know -- of course,

23   you know, there -- there's stuff to put on there

24   that -- like you had on there before, a blocker.

25          THE WITNESS:  That stupid thing wasn't

1  working.  That's why it got taken off.  It wouldn't do

2  the right thing.

3        INTERVIEWER 2:  You can still go around it in

4  other words.

5        THE WITNESS:  It wasn't doing what it was

6  supposed to do, yeah, so..

7        INTERVIEWER 1:  How old are you now?  31?

8        THE WITNESS:  Five.

9        INTERVIEWER 1:  35.

10        INTERVIEWER 2:  Did any of your computers

11  ever get messed up like with a virus or anything?

12        THE WITNESS:  Ever since I've worked there,

13  they get viruses every once in a while.

14        INTERVIEWER 2:  I mean, your -- the

15  computer -- your actual computer.

16        THE WITNESS:  Mine has once or twice.

17        INTERVIEWER 2:  You know, those -- those -- a

18  lot of times those images and those videos are viruses

19  attached in there that -- that normally causes trouble

20  with computers and eventually just shut them down

21  completely.

22        INTERVIEWER 1:  Is that the only computer

23  you've had while you've been there at work?

24        THE WITNESS:  I think they've had some other

25  ones that were ancient that have been tossed, but I --

1  that's the one I've had for a while now.  You know,

2  being up in there for nine years, I'm sure we've

3  upgraded once in a while.

4          INTERVIEWER 1:  Do you use anything like

5  Facebook, MySpace, Youtube?

6          THE WITNESS:  I don't have a MySpace account,

7  my wife does.

8          INTERVIEWER 1:  Right.

9          THE WITNESS:  Youtube I only use if there's

10  a -- I think I -- I do have an account there but it's

11  just two subscriptions, one's to a music thing and the

12  other one is to -- PipeFriend's the name of a guy.

13          INTERVIEWER 2:  I mean, you -- are you on any

14  social network site or anything like that?

15          THE WITNESS:  Huh-uh.

16          INTERVIEWER 1:  I'm not either, so...

17          I don't have time for all that.

18          THE WITNESS:  Yeah, I don't either.  When I

19  get home, I don't want to be on the computer.

20          INTERVIEWER 1:  Right.

21          INTERVIEWER 2:  So personal email, Yahoo,

22  Gmail?

23          THE WITNESS:  I'm sure I've got Yahoo and --

24  I've got my Charter or Knology, one, so...

25          INTERVIEWER 2:  Right.  And you have a work

1    email?

2              THE WITNESS:  Uh-huh.  That's the one I use

3    the most just because it always pops up instantly when

4    I'm on there versus my home email I never check but

5    once a week and same thing with Yahoo.

6              INTERVIEWER 2:  You have Internet on your

7    phone?

8              THE WITNESS:  Huh-uh.

9              INTERVIEWER 2:  No?

10             THE WITNESS:  I used to but not anymore.

11             INTERVIEWER 2:  Okay.  So you have just

12   texting and stuff like that?

13             THE WITNESS:  Yeah.  Just budget-wise, we cut

14   the -- whatever you call it package out.

15             INTERVIEWER 1:  Data, yeah, it's high.  So

16   you don't have Lime Wire on your computer now, your

17   work computer that we got in there?

18             THE WITNESS:  If I do, it's one I haven't

19   used in forever.  I think uTorrent may be on there.

20             INTERVIEWER 1:  Yeah.  Is that how you -- is

21   that how you got the stuff or --

22             THE WITNESS:  No, I don't -- I know uTorrent

23   got to where -- because my wife, she totaled our

24   computer twice, I think, downloading music from those

25   things.

1          INTERVIEWER 1:  Oh, yeah.  People put stuff

2     in there just to mess you up.

3          THE WITNESS:  So no.

4          INTERVIEWER 1:  So I mean -- well, how do you

5     think it's got -- got on the server, though?  You

6     didn't download it there, or did you just -- had a

7     disk or something, took it to work so you wouldn't

8     have it at home?  I mean, something like that?

9          THE WITNESS:  No, I just surfed the Internet.

10         INTERVIEWER 1:  So they got it pretty much

11    open over there?

12         THE WITNESS:  Yeah.

13         INTERVIEWER 1:  Like us, we can't even -- we

14    can't get on much of anything around here.

15         THE WITNESS:  No.  Unfortunately, they --

16    they don't.  They don't have any kind of restrictions

17    on the Internet.  I've pushed for one, but the

18    partners didn't -- I think one partner in particular

19    didn't want it, so...

20         INTERVIEWER 2:  You pushed for one for n--

21    for what reasons?

22         THE WITNESS:  To restrict things.

23         INTERVIEWER 2:  Things like this?

24         THE WITNESS:  Possibly, yeah.

25         INTERVIEWER 2:  Well, I mean, you know, it's

1   all really -- when it comes down to it, it's all about

2   that temptation.  It's there and it was -- it was

3   easy.  I mean, it was, you know, nothing there to stop

4   it.

5            THE WITNESS:  And, you know, I mean, you find

6   all kinds of crazy stuff out there.

7            INTERVIEWER 2:  Oh, yeah.  I mean, you really

8   find some -- you find some stuff that, you know,

9   that -- never saw that before.  I mean, you know, just

10  when you think you saw it all, you can find something

11  else.

12            Have you ever been to counseling for it,

13  sought treatment?

14            THE WITNESS:  For porn addiction?

15            INTERVIEWER 2:  Yes.

16            THE WITNESS:  That's probably something I --

17            INTERVIEWER 2:  I mean, okay, that -- that's

18  fine that you have.  It's probably good that you have,

19  so, you know.

20            THE WITNESS:  I've been working on myself,

21  trying to.

22            INTERVIEWER 2:  Right.

23            INTERVIEWER 1:  Have you -- have you -- you

24  haven't been -- have you been in trouble or anything

25  before about something like that or...

```
1              THE WITNESS:  Not that like that, no.
2              INTERVIEWER 1:  Have you been in any type of
3    trouble?
4              THE WITNESS:  (Inaudible.)
5              INTERVIEWER 1:  Oh, you have?
6              INTERVIEWER 2:  It sounded like -- I mean,
7    I'm sure everything -- everybody's got a speeding
8    ticket.  I've had my share, you know, or...
9              INTERVIEWER 1:  Is that what you had, traffic
10   cases or something, I guess?
11             THE WITNESS:  Yeah, I've had speeding
12   tickets, you know, unfortunately.
13             INTERVIEWER 2:  Have you ever been in trouble
14   like for assault?
15             THE WITNESS:  Huh-uh.
16             INTERVIEWER 2:  Sexual assault?
17             THE WITNESS:  Huh-uh.  I could never, I
18   guess, hurt someone or do something to someone like
19   that.
20             INTERVIEWER 2:  Public drunkness, DUI?
21             THE WITNESS:  No.
22             INTERVIEWER 2:  No.  That's a good deal.  DUI
23   is a big deal now for sure?
24             THE WITNESS:  Is it?
25             INTERVIEWER 2:  Oh, yeah.
```

1      THE WITNESS:  I know I've been in traffic

2   ticket court to do something and it was like they just

3   got a slap on the wrist.  People got caught up on DUIs

4   and it was like they did community service and.

5      INTERVIEWER 1:  Yeah, but the fine is --

6      INTERVIEWER 2:  The fine and the insurance.

7      THE WITNESS:  First fine was like $500 that

8   day.

9      INTERVIEWER 1:  Well, that's the fine, but

10  then you've got court cost that runs it up about seven

11  -- probably 7-, $800.  That's what's so bad.

12      INTERVIEWER 2:  Insurance.

13      THE WITNESS:  It just didn't seem like it was

14  much.

15      INTERVIEWER 2:  (Inaudible) for 90 days.

16      THE WITNESS:  That was --

17      INTERVIEWER 2:  Any drugs?

18      THE WITNESS:  -- years and years ago.

19      INTERVIEWER 2:  Any drugs?

20      THE WITNESS:  No.

21      INTERVIEWER 2:  Cocaine.

22      THE WITNESS:  Huh-uh.  I seen that thing once

23  at a party.  Just saw it one time.

24      INTERVIEWER 2:  So have you ever faced this

25  problem before, an investigation concerning child

1   porn?

2            THE WITNESS:  Huh-uh.

3            INTERVIEWER 2:  No.  That's good.  Did you

4   ever think you'd be facing that situation?

5            THE WITNESS:  Huh-uh.

6            INTERVIEWER 2:  No.  Just locked on too long

7   and just thought it would never come up?

8            THE WITNESS:  I'm sorry?

9            INTERVIEWER 2:  I said it just rocked on so

10  long you just never thought it would come up.

11           THE WITNESS:  Part of me -- you know, part of

12  me would be like that.  But the other part was trying

13  to take care of some things personally.  Recently I

14  lost my stepbrother a year or so ago, and it kind

15  of -- (inaudible) because he was only 40, so a few

16  years old than me.

17           INTERVIEWER 1:  Was it an accident or --

18           THE WITNESS:  Yeah, car accident.

19           INTERVIEWER 1:  Which one?  Where was it at,

20  around here?

21           THE WITNESS:  No.  It was in -- he actually

22  was living in Louisiana at the time.

23           INTERVIEWER 2:  I'm sure that's tough.

24           THE WITNESS:  Yeah, it just makes you

25  re-evaluate your life.

1    INTERVIEWER 2:  Yeah.

2    THE WITNESS:  And you try to right what's

3    wrong and try to be known as a better person, not as a

4    bad person.

5    INTERVIEWER 2:  We're not -- we're not here

6    to judge you and we're not going to judge you.  We're

7    not going to do any of those things.

8    THE WITNESS:  I know, but I think if I'm

9    arrested you allow me to --

10    INTERVIEWER 2:  You know, I mean, I'm just

11    going to be honest with you, what I see is -- is a guy

12    that stumbled onto something that trapped him in and

13    created a problem.  I mean, you're an educated man.

14    You work for a living.  You know, you -- you try to do

15    things -- what is right.  I mean, you've got a good

16    job.  You've got a good wife.  You got a home.

17    THE WITNESS:  90 percent of the time I'm

18    trying to do what's right.

19    INTERVIEWER 2:  So I mean, you know, you're

20    not out scamming people over or -- you know, so -- and

21    that -- that's the big reason of the why.  I mean, you

22    know, the why and -- to me is that it was just too

23    readily available, too easy to get, and then just, you

24    know, curiosity gets the cat in the end.

25    THE WITNESS:  And the cat dies.

1          INTERVIEWER 2:  No, not necessarily.  Cat's

2    have nine lives.  So hopefully it learns its lesson.

3          THE WITNESS:  I don't know.

4          INTERVIEWER 2:  No.  But hopefully --

5    hopefully you're -- you are starting to learn and

6    correct the behavior.  You've already took some steps.

7    I mean, you know, we -- we read you your rights a few

8    minutes ago and you agreed to talk with us and -- and

9    that -- that's the step of starting to correct the

10   problem.  I know, you're concerned.  I know you're

11   scared.  I -- I mean, you know -- and it's like I said

12   before, we're not setting out to -- let's go take

13   Keith down the hall, close the door, and never look

14   back.  I mean, you know, if we was going to do that,

15   we would have done that yesterday.

16          THE WITNESS:  People at the office know why

17   y'all were there?

18          INTERVIEWER 2:  Oh, I have no idea who knows

19   why.  We -- I can tell you that we talked with -- of

20   course, I guess they own the place or whatever.

21          INTERVIEWER 1:  The three partners.

22          INTERVIEWER 2:  We told them we were taking

23   their server.  And so, you know, we did it because we

24   had to.  And, of course, then they're just concerned

25   about that no one can work, so -- but as far as the

1    who, what, when, why, and how and what's it all about,

2    you know -- I think some people thought we were there

3    to work on it or -- I mean, I don't know if everybody

4    knew we were the cops or not.

5             THE WITNESS:  I think they've figured that

6    out.  That was what I was told, the troopers were

7    there.

8             INTERVIEWER 2:  Well, the car we had

9    yesterday did have a state trooper tag on it.  So, of

10   course, I'm sure y'all have done work for the State.

11            THE WITNESS:  Yeah, I think so.

12            INTERVIEWER 2:  I mean, even the troopers

13   every now and then we have to build something.  We

14   just built a big --

15            THE WITNESS:  Yeah, when we do have some

16   money.

17            INTERVIEWER 2:  I don't know if y'all helped

18   design it or not.  We're building a brand new trooper

19   academy over in Selma.

20            THE WITNESS:  I don't think so.  It doesn't

21   sound familiar.

22            INTERVIEWER 2:  Because I saw y'all do a lot

23   of work with the -- I guess the state board of

24   education.

25            THE WITNESS:  Uh-huh.

```
1              INTERVIEWER 2:  It's tied in with the college
2    system over there at Wallace College.  I think it's
3    Wallace, yeah.  So there was -- there was a firm here
4    in Montgomery, but I don't know.
5              THE WITNESS:  Yeah, I don't know any.
6              INTERVIEWER 2:  I just show up when they tell
7    me I've got to.
8              But anyway -- and I mean, we -- you know,
9    we -- obviously we knew a little bit.  We talked to a
10   few people because we knew about the filter and stuff
11   like that so -- on your computer and that it had been
12   taken off.  So I mean, you know, we did have to talk
13   with -- we don't -- we didn't go around spreading, you
14   know, just knowledge of what's there, you know.
15             INTERVIEWER 1:  Well, I -- I see you had
16   something in Hoover, you know, in '09 you hadn't --
17   what was -- can you tell us what that was to deal
18   with -- dealing with or...
19             THE WITNESS:  The charges got dropped on that
20   situation.
21             INTERVIEWER 1:  Oh, they did.  Okay.
22             THE WITNESS:  At least I -- that's what I was
23   told.
24             INTERVIEWER 2:  I'm sure if it hadn't been,
25   they'd be looking for you by now.
```

```
1                    Electronic surveillance is that what it was?
2               THE WITNESS:  Uh-huh.
3               INTERVIEWER 2:  Like a pin camera?
4               THE WITNESS:  Cellphone.
5               INTERVIEWER 2:  Cellphone, yeah.  Oh, man.
6               INTERVIEWER 1:  A cellphone?  They -- what
7     some girl claimed eavesdropping with a cellphone?
8               THE WITNESS:  Uh-huh.
9               INTERVIEWER 1:  Is that somebody you supposed
10    to have known?  Was it an ex-girlfriend or something?
11              THE WITNESS:  I didn't know her.
12              INTERVIEWER 1:  Oh.
13              THE WITNESS:  Is there a bathroom near here?
14              INTERVIEWER 2:  Uh-huh.
15              THE WITNESS:  I hear running water.  I was
16    just wondering.
17              INTERVIEWER 2:  No, that's -- that --
18    hopefully -- it sounds like it's supposed to be the
19    air conditioner, but I don't think it's -- the
20    bathroom's right over yonder but it wouldn't be --
21              INTERVIEWER 1:  It's probably a couple -- it
22    would be the type of -- look up there above at the
23    type of building, I guess it would be up here at this
24    floor.  We have some air conditioning units over
25    there.  I guess that's right.
```

```
 1              THE WITNESS:  Yeah, sounds like water.

 2              INTERVIEWER 2:  Yeah, it does sound like

 3   water.

 4              Well, the very first time you ever saw a

 5   child picture, did you stumble upon it by yourself or

 6   with someone else?  Like did someone else show it to

 7   you?

 8              THE WITNESS:  What's the best way to say

 9   this -- I don't -- I've never done anything like with

10   somebody else, you know.

11              INTERVIEWER 2:  You've never viewed that with

12   anyone else?

13              THE WITNESS:  Right.  (Inaudible) nude --

14   nude picture on the Internet of girl or something.

15   Somebody would have to start something.

16              INTERVIEWER 2:  Okay.  So it was just

17   something that -- and, of course, when you go to --

18   when you go to Google or -- I say Google.  That's

19   probably a search term.  But when you go to the

20   Internet, you know, like I'm looking for, you know,

21   whatever, a lot of times these things just pop up.

22   Did -- did that ever happen to you where they just all

23   of a sudden popped up?

24              THE WITNESS:  Things that I've found has

25   always been by accident.
```

```
1              INTERVIEWER 2:  Right.  Like you would enter
2    a search term that I'm looking for, you know, a CD R
3    and -- or maybe you're looking for a certain time of
4    pornographic picture and those things would pop.
5              THE WITNESS:  They were generally sites that
6    I went to that -- that took you to other places, you
7    know, or had things posted on -- you know, guys'
8    girlfriends, things like that, you know, they would
9    post pictures of.  So most of the time, I didn't type
10   in a search term.  It was just go to these sites and
11   people would just post things.
12             INTERVIEWER 2:  Right.
13             THE WITNESS:  You know, a second party would
14   post things.
15             INTERVIEWER 2:  Have you ever been in a chat
16   room when that happened?
17             THE WITNESS:  No.
18             INTERVIEWER 2:  Never been in any --
19             THE WITNESS:  Never before.
20             INTERVIEWER 2:  Okay.
21             THE WITNESS:  No, it's not like a chat room.
22   It's mostly -- like I don't even know what you call
23   them, like a board or something.  Is that what you
24   call them?  Not like a blog.  Like a constant
25   streaming where people post things.
```

```
1              INTERVIEWER 1:  Yeah, something like blog or
2    board, I guess, message board?
3              THE WITNESS:  Something like that.
4              INTERVIEWER 2:  So someone else would post it
5    and it would pop up?  That would be --
6              THE WITNESS:  And it could be anything.  It
7    would be funny and post pictures of stupid stuff, you
8    know, so -- just all kind of things.  I've had, you
9    know, just random stuff, so...
10             INTERVIEWER 2:  How long ago was it the first
11   time you saw -- I mean, not an 18-year-old lady but,
12   you know, a younger person like that?
13             THE WITNESS:  I don't know.
14             INTERVIEWER 2:  Five years, ten?
15             THE WITNESS:  No.
16             INTERVIEWER 2:  Ten years ago the Internet
17   really wasn't that...
18             THE WITNESS:  When did the Internet start,
19   '95, '96?
20             INTERVIEWER 1:  Probably, yeah.
21             THE WITNESS:  About 15 years old.  That was
22   the beginnings of it, I think.  So it probably wasn't
23   readily available until about ten, 11 years ago.
24             INTERVIEWER 2:  Yeah, I mean, you know, back
25   then with dial-up, it took forever and a day.  I mean,
```

1    of course, now if it takes more than a couple of

2    seconds, you get aggravated. Used to you'd sit there

3    and wait for ten minutes for something because it

4    was -- that was just the way it was. But now when it

5    slows down it's just -- what little hair I've got let,

6    it makes you want to pull it out.

7          So I mean, did it just -- did it start -- and

8    the reason I'm asking is because this is what we hear

9    from other people is -- I mean, did it just build up

10    and, you know, get -- getting to be more and more,

11    curiosity?

12          THE WITNESS: Curiosity -- curiosity killed

13    the cat. You know, a lot of it's curiosity. A lot of

14    it's -- when you look at porn, you know, it starts off

15    with one thing, and then it just it -- it takes you

16    down a dark hole.

17          INTERVIEWER 2: It does.

18          THE WITNESS: It takes you down where you

19    don't want to be, and then once you realize it, you

20    try to get out. Sometimes it's too late.

21          INTERVIEWER 2: Well, any of that stuff ever

22    offend you, ever make you -- I mean, any of the

23    pictures, especially with the younger children did it

24    ever --

25          THE WITNESS: Yeah, yeah.

```
 1              INTERVIEWER 2:  Well, what just kept drawing
 2   you back?
 3              THE WITNESS:  I don't know.  That's something
 4   I've been trying to figure out myself, what draws a
 5   person.
 6              INTERVIEWER 2:  And then a lot of those --
 7   especially those children pictures, I'm sure you just
 8   you see -- usually they're the same ones over and
 9   over.  They may have a different name on them, but a
10   lot of them are circulated over and over and over
11   again.
12              THE WITNESS:  A lot of the pictures you see
13   are actually the same ones over and over and over.
14              INTERVIEWER 2:  Right.  What's the youngest
15   one you think you ever saw on there?
16              THE WITNESS:  Oh, I've seen some young stuff
17   that grosses you out.  I don't know the age.
18              INTERVIEWER 2:  Likes months, couple months
19   old or so?
20              THE WITNESS:  I don't know if it that's
21   young.
22              INTERVIEWER 2:  A couple of years?
23              THE WITNESS:  Yeah.
24              INTERVIEWER 2:  Do you think you were --
25   based on what happened the last couple of weeks, I
```

1    mean were you trying to -- you think you were starting

2    to take some approaches within to try to --

3              THE WITNESS:  I have tried or trying and --

4              INTERVIEWER 2:  Right.

5              THE WITNESS:  -- due to recent events trying

6    more.

7              INTERVIEWER 2:  I mean, has anything else

8    happened with you besides your stepbrother?

9              THE WITNESS:  No.  Just, you know, my wife

10   knows what's -- what I go through in trying to defeat

11   it to help her, you know.

12             INTERVIEWER 2:  Right.  Well, you know what,

13   that means you've got a good wife.

14             THE WITNESS:  Yeah.  Well, I don't know how

15   long that will last.

16             INTERVIEWER 2:  You'd be surprised.  But the

17   key to it is you've just got to be truthful.

18             THE WITNESS:  I want to be.

19             INTERVIEWER 2:  Not -- not -- not just us,

20   but with --

21             THE WITNESS:  I want to be.  I just don't...

22             INTERVIEWER 2:  You're scared to.  I mean,

23   you're scared of what's going to happen.

24             THE WITNESS:  Yeah.

25             INTERVIEWER 2:  Naturally.  Who wouldn't be?

1              THE WITNESS:  Yeah.

2              INTERVIEWER 2:  But I think -- I think for

3     you and her both in order to -- to move on, you know,

4     that -- that you just got to -- I mean, you'd be

5     surprised how many of them will stick right there

6     beside you.

7              THE WITNESS:  Yeah.

8              INTERVIEWER 2:  She stood by you this long

9     and she knew that -- you know, so -- you know, and

10    that's what a lot of these judges and lawyers like to

11    hear is that, you know, he's willing to admit these

12    he's got a problem and he's willing to get help and

13    that he's got a support system with, because a lot of

14    times you can't to it by yourself.

15              When was the last time you put something on

16    that server?

17              THE WITNESS:  I don't know.  I mean, I put

18    stuff on the server every day work related.

19              INTERVIEWER 2:  I know.  But I mean -- you

20    know, but I mean, as far as the pornography.

21              THE WITNESS:  I don't know.  It's back to I'm

22    answering when I shouldn't be.

23              INTERVIEWER 2:  Okay.  But was you -- were

24    you keeping it there because you couldn't keep it at

25    home, or was you just keeping it there because you

1   could?

2          THE WITNESS:  I keep a lot of stuff there

3   because --

4          INTERVIEWER 2:  Because you could?  Because

5   you could?

6          THE WITNESS:  Because I couldn't do any -- I

7   didn't do anything at home.  That's why there's

8   nothing at home, you know,

9          INTERVIEWER 2:  Right.  Not that we're going

10  to your house, but I mean, if --

11         THE WITNESS:  It's okay.

12         INTERVIEWER 2:  But if we wanted to go search

13  your computer, you're saying that we could and we

14  couldn't find anything?

15         THE WITNESS:  You won't find anything.

16         INTERVIEWER 2:  Good.

17         INTERVIEWER 1:  That's -- that's good.

18         INTERVIEWER 2:  And I'm sure -- what's your

19  wife's name?

20         THE WITNESS:  ███████████

21         INTERVIEWER 2:  ███████████    You should be glad

22  that's it not there and that you didn't do it there,

23  so.

24         Would we find it anywhere besides at your

25  work office?

```
1              THE WITNESS:  I don't have any other

2    computers.  I have a home computer and a work

3    computer.  I don't have a laptop or anything like

4    that.

5              INTERVIEWER 2:  In -- in your -- in your

6    truck, we wouldn't find any CDs or thumb drives or

7    anything with it on there?

8              THE WITNESS:  I've got CDs and thumb drives,

9    but nothing like that's on there.  It's music and

10   movies and something, so -- but nothing like -- no, no

11   pornographic images or nothing like that.

12             INTERVIEWER 2:  Have you been storing it on

13   their server for quite a while?  I mean, just happened

14   to find it?

15             THE WITNESS:  Yes, I've -- I've stored some

16   images on there for a while and deleted.

17             INTERVIEWER 2:  Would you ever -- would you

18   ever -- did you always get off the Internet?  Would

19   you ever bring them in like with a thumb drive or a

20   CD?

21             THE WITNESS:  No.  It was just -- everything

22   was off the Internet.  Anything I ever did was on the

23   Internet, because, like I said, I didn't do anything

24   outside, you know, from other places or anything.

25             INTERVIEWER 2:  Right.
```

```
 1              THE WITNESS:  So there was no way to bring it
 2      in or...
 3              INTERVIEWER 2:  Did you ever store it on a
 4      thumb drive or a CD and put it in your desk drawer at
 5      work?
 6              THE WITNESS:  I think I did before, but then
 7      I broke it and cleaned it.  One of those times where
 8      I'm guilty of things.
 9              INTERVIEWER 2:  You think I need to get rid
10      of this and destroy it.
11              THE WITNESS:  Destroy it and get rid of it.
12              INTERVIEWER 2:  All right.  Okay.  Had you
13      ever used a printer and print anything out?
14              THE WITNESS:  Huh-uh.
15              INTERVIEWER 2:  Did you print a picture out
16      and put it in your desk drawer or --
17              THE WITNESS:  Huh-uh.  I don't think
18      anything's been printed out.
19              INTERVIEWER 2:  Do -- do you have a printer
20      in your office like a regular --
21              THE WITNESS:  Yeah, everybody --
22              INTERVIEWER 2:  Network printer.  Okay.
23              Have you ever been caught viewing that at
24      work, not per se?
25              THE WITNESS:  Not that I know of.  But, yeah,
```

1  no.

2  INTERVIEWER 2:  Have you always worked in

3  that one building, or have you ever worked -- y'all

4  have other offices?

5  THE WITNESS:  That's it.

6  INTERVIEWER 2:  That's it.  Okay.  I didn't

7  know if y'all had an outlying office some place.

8  THE WITNESS:  Huh-uh.  Nobody saw me doing

9  anything like that.  I think they used to own the

10  building across the street at one time.  But that was

11  a long time before I worked there.

12  INTERVIEWER 2:  You were able to do all that

13  at work from eight to five?

14  THE WITNESS:  Yeah.  I never -- I don't think

15  I ever really stayed late to do it, you know, to look

16  up anything or do anything.  You know, it would just

17  be in a break.

18  INTERVIEWER 2:  Right.  Stayed during lunch

19  or...

20  THE WITNESS:  Sometimes.

21  INTERVIEWER 2:  What's the main site you

22  reckon you got most of that from?

23  THE WITNESS:  I can't remember the -- is that

24  me or you?

25  INTERVIEWER 2:  Hold on a sec.  We -- we know

1    to most of these sites come from overseas naturally.

2           THE WITNESS:  I don't even know where they're

3    at.

4           INTERVIEWER 2:  I mean, if we knew of a site

5    here in the U.S., we would shut it down, so most of

6    them are overseas.

7           And what -- in a person facing this

8    situation -- and not including yourself.  I mean, I --

9    I really don't want to say what should happen to

10    Keith.  But I mean, based on the circumstances that --

11    you know, that you didn't take these pictures, that

12    you didn't produce these pictures, but -- I mean,

13    what -- what do you think should happen?

14           THE WITNESS:  I know what I -- well, I know

15    what people may think or want or say, you know, it's

16    not good, you know.  I know what pornography does to a

17    person and that it's not something that I think can be

18    rehabbed in a jail.  It may even be worse there.

19    Definitely some help, you know.  A person needs not

20    jail time.  And it's a sickness.

21           INTERVIEWER 2:  Have you worked with a local

22    counselor, therapist, or, you know, got help

23    professional for that?  I mean, there's several of

24    them out there.  The reason is if you hadn't I was

25    going -- you know, you're an educated man.  You should

1    though that there are several of them out there.

2           THE WITNESS:  My wife and I go to a Christian

3    counselor right now and -- and, you know, he knows

4    both of our problems, you know, her problems, my

5    problems.  I don't go to anybody local for any kind of

6    sex addict type of -- whatever you want to call them.

7    They -- I had gone to an Every Man's Battle

8    Conference.  Have you ever heard of that?

9           INTERVIEWER 1:  Every -- Every Man's Battle

10    Conference.

11           THE WITNESS:  Yeah.

12           INTERVIEWER 2:  Is that pornography?

13           THE WITNESS:  Pornography, adultery, the

14    whole thing.

15           INTERVIEWER 1:  Is that around here?

16           THE WITNESS:  No.  It's a national thing that

17    I went out to Texas for.

18           INTERVIEWER 1:  Okay.

19           THE WITNESS:  Then I have a phone call I have

20    to go on this week.  Well, I don't have to.  I paid to

21    do it.  It's a counselor.

22           INTERVIEWER 2:  Keith, is --

23           THE WITNESS:  It's a group counseling.

24           INTERVIEWER 2:  Keith, is anyone else

25    responsible for what's on that folder of yours other

1   than you?

2          THE WITNESS:  That's the part I can't answer.

3          INTERVIEWER 2:  Do -- do you know of anyone

4   that you work with that has that same --

5          THE WITNESS:  No.

6          INTERVIEWER 2:  -- addiction?

7          THE WITNESS:  Not that I know of.  No.  I

8   mean, I think all guys like girls.

9          INTERVIEWER 2:  We -- we haven't done a

10  per se count yet.  It's part of the things we're going

11  to finish up with because we were more interested in

12  tracking the -- where it come from and how it

13  connected back on the couple that we did verify.  But

14  basically how many images are we going to -- when we

15  go to counting are we going to find on there?  A

16  hundred, more than a 100?

17         THE WITNESS:  I don't know.  I don't know.

18         INTERVIEWER 2:  And we saw some videos.  Are

19  there any videos of children on there?  We haven't

20  viewed -- just to be honest with you, we haven't

21  viewed the videos yet, but we know they're on there.

22  Are there any videos of children on there?

23         THE WITNESS:  I'm not going to comment.  I

24  want to.  I just -- I'm told I shouldn't.  I guess

25  actually I'm scared.  I'm the type that wants to just

1    spill my guts.  That's what I do to my wife.  But I

2    also don't want to dig a hole for myself.

3            INTERVIEWER 2:  Right.  Well, I mean, to me,

4    you look like the person that -- that, you know, you

5    just want to get it out and get it over with.  I mean,

6    I know that when I'm faced with something that to me

7    it just makes me feel so much better to kind of --

8            THE WITNESS:  It makes you feel better, yeah.

9            INTERVIEWER 2:  It's kind of like, you know,

10   if you lose 15 pounds, it's kind of like you lost that

11   15 pounds all at once and, you know, the tightness is

12   gone.  I mean, I can understand it if you can't but...

13           So I mean, you -- you were cleaning up when

14   we got there, gathering things.  I mean, some reason

15   that you're cleaning up and gathering your things?

16           THE WITNESS:  I had nothing to do.

17           INTERVIEWER 2:  Really?

18           THE WITNESS:  It was a simply an old office

19   that became a junk office that had gotten overrun with

20   junk that -- you know, old job files and things and it

21   was just -- since we had no computer, I couldn't draw

22   on anything.  I did all the notes I can stuff this

23   morning.

24           INTERVIEWER 2:  Right.

25           THE WITNESS:  So this afternoon I was just

1    trying to straighten up.  Well, I was -- I got to do

2    something.  I can't just sit here and twiddle my

3    fingers.

4              INTERVIEWER 2:  Right.

5              THE WITNESS:  And I -- my people had

6    mentioned that I need to get down there and clean that

7    office, so I decided to go down there and clean it up.

8    And I wasn't -- to destroy things or getting rid of

9    things.  As a matter of fact, it probably was to find

10   some stuff that I knew I needed to find like a chart

11   that my wife had been wanting me to bring back home,

12   you know, eating for your blood type chart.  Things

13   that I had brought to the office and lost in the many

14   piles and piles of paper.

15             INTERVIEWER 2:  Right.  If you're working on

16   a job of a drawing of a school or whatever, do

17   y'all -- I mean, is that like a one-man deal, or do

18   y'all have like two people that work on it?

19             THE WITNESS:  It depends.  A lot of times

20   there will be just one or two people working on it.

21   Then if a deadline comes up, then you'll throw a

22   couple more people on it.  It just depends on when the

23   job needs to get out the door.

24             INTERVIEWER 2:  I mean, but basically like --

25   like me and Robert, we work together every day.  Is

1   there someone you work with every day?

2          THE WITNESS:  I kind of work with everybody,

3   you know.  When there was some residential, there was

4   one guy that would work with me, but we haven't had

5   any residential so it's been -- everybody does

6   commercial, so everybody works with everybody, the

7   partners per se.

8          INTERVIEWER 2:  Well, you know, after --

9   after we read you your rights and -- you know, and you

10  signed that we read them to you, but I mean, there's

11  some things that we're going to be able to say.  One

12  thing I'm going to be able to say is Keith's got a

13  problem, he knows he's got a problem.  Is that true?

14         THE WITNESS:  Yeah.

15         INTERVIEWER 2:  And that Keith realizes that

16  he's got to have some help.  Is that going to be true?

17         THE WITNESS:  I will look for help, yeah.

18         INTERVIEWER 2:  Okay.  So what else do you

19  want me to -- you know, if I have to explain things to

20  the judge or to the U.S. Attorney's Office or the

21  district attorney's office here in Montgomery, what

22  else do you want me to tell them?

23         THE WITNESS:  When will you be talking to

24  them?

25         INTERVIEWER 2:  Oh, I don't know.  It's not

1    today.

2              THE WITNESS:  Yeah.  Well, there are other

3    things to tell them.  I'm just waiting to see if my

4    wife can pull together somebody to kind of help me

5    along in this, to guide me on what I should and

6    shouldn't, you know, tell you.  I've probably talked

7    more than she wanted me to already, but...

8              INTERVIEWER 2:  I mean, do you -- would you

9    be truthful by saying that I could tell them that

10   you've never took any of those pictures?

11             THE WITNESS:  No, I never took any pictures.

12             INTERVIEWER 2:  I mean, could I be truthful

13   in telling them that you never printed any pictures

14   out?

15             THE WITNESS:  Uh-huh.

16             INTERVIEWER 2:  You never gave any pictures

17   away?

18             THE WITNESS:  No, I never -- anything I've

19   ever looked at, I've never posted other places,

20   printed to give to other people.  It's never been

21   issued out to anyone.

22             INTERVIEWER 2:  So you never posted any of

23   these pictures on a board?  You never offered them

24   for -- to other people?

25             THE WITNESS:  Huh-uh.

1        INTERVIEWER 2:  Your -- your computer, did --

2    did you have it set up to share?

3        THE WITNESS:  I don't know even know how to

4    do that, but no.

5        INTERVIEWER 2:  Well, even like your computer

6    at home when you were downloading music, you know,

7    before they made such a big controversy about it, but

8    did you ever have your computer set to -- the songs

9    you had like to be able to share those?  You're not

10   going to be arrested for that.  You won't ever be

11   arrested for that, but --

12       THE WITNESS:  Yeah.  I don't know.

13       INTERVIEWER 2:  I mean, everybody did back

14   then.

15       THE WITNESS:  I think I may have, but it was

16   on of those times you downloaded anything, we

17   immediately took it off so it couldn't be shared.

18       INTERVIEWER 2:  Right.

19       THE WITNESS:  Because I just didn't want

20   anybody to -- I always felt like somebody -- that

21   somehow I allowed them to have access to something.

22       INTERVIEWER 2:  Right.

23       THE WITNESS:  So...

24       INTERVIEWER 1:  Is that why you -- you have

25   new -- a folder named new folder, new folder, new

1   folder?  You kind of get it way off the net?  Just to

2   get it way out of the way so nobody at work would be

3   messing with it or seeing it, I guess?

4         THE WITNESS:  I didn't want anybody to see

5   anything.

6         INTERVIEWER 2:  I mean, you -- you didn't

7   knowingly have it available so someone else could just

8   easily stumble upon it?

9         THE WITNESS:  Yeah.

10         INTERVIEWER 2:  Right.  Yeah.  And you never

11   put it out there to -- to -- you -- you just viewed

12   it, which -- of course, you downloaded it on your

13   computer but you never sent it out?

14         THE WITNESS:  Huh-uh.

15         INTERVIEWER 2:  Not counting the adult

16   images -- when I'm -- when I'm saying adult, I'm

17   saying, you know, 18 and above.  Under the age of 18,

18   how many -- over the amount of years that you've, you

19   know, looked at them, how many you reckon you saw?

20   10,000?

21         THE WITNESS:  No comment.  I don't even know.

22   Not that many, though.

23         INTERVIEWER 2:  Not that many?

24         THE WITNESS:  I've never seen many of -- many

25   of that stuff.

```
1              INTERVIEWER 2:  I'm just saying that because
2    a while back we worked a case and the guy told us he
3    was going to have 10,000, and he was right.
4              INTERVIEWER 1:  Yeah, he sure was.
5              INTERVIEWER 2:  But you don't think it's
6    quite 10,000?
7              THE WITNESS:  I don't think I have 10,000
8    pictures of anything, 18 and above or any of that.
9              INTERVIEWER 2:  Is there anything that you're
10   going to tell your boss?
11             THE WITNESS:  It's one of those things where
12   I would like to talk to my boss, you know.  I guess
13   that's one reason I asked what have they been told,
14   you know.  I'd probably sit down and talk to him.
15             INTERVIEWER 2:  What would you tell him?
16             THE WITNESS:  That I looked at some
17   inappropriate things on the Internet.  You know, just
18   explain a few things to them and try to see if there's
19   a way they can work out where I don't get fired.  You
20   know, basically maybe I can keep my job somehow.
21             INTERVIEWER 2:  I mean, would it be something
22   along the lines of, you know -- I mean, I know most
23   bosses like mine, first thing they -- last thing they
24   want to hear is a lie.  So I mean, lying here will get
25   you fired faster than anything else.  So I mean, for
```

1   me the first thing would be that I'm sorry.

2            THE WITNESS:  Oh, yeah, there would be a lot

3   of that.

4            INTERVIEWER 2:  I accept responsibility and

5   that I'm seeking help, and I want you to help me.

6   Would that be fair to say to him?

7            THE WITNESS:  Yeah.

8            INTERVIEWER 2:  Has anyone -- they've never

9   counseled you at work saying don't be looking at --

10  somebody walk by and see, you know, an adult

11  pornographic site up, no one's ever come by and said,

12  Keith, you don't need to be doing that?  Have you ever

13  been caught with one -- anybody walk by with a site up

14  or anything like that?

15           THE WITNESS:  If -- if somebody saw anything,

16  nobody's ever told me anything, you know.

17           INTERVIEWER 2:  Is this the only time you've

18  ever been married?

19           THE WITNESS:  Uh-huh.

20           INTERVIEWER 2:  Do you have any kids at all?

21           THE WITNESS:  No.  No, sir.

22           INTERVIEWER 2:  These -- these pictures that

23  we're going to recover later today, tonight, or if it

24  takes several days, some of them will be recognized

25  immediately based on -- because they're probably

1    considered a known.  If we discover any unknowns

2    that -- would you be willing to work with us to help

3    us to explain that so we can classify them as known?

4              THE WITNESS:  I would like to work with y'all

5    in any way I could, you know.

6              INTERVIEWER 2:  Because what we do is -- part

7    of what we do is try to identify where these things

8    come from and get them, because there is a national

9    database that -- that we can -- that helps us in the

10   long run knowing who that is.  Would you personally

11   know any of them?

12             THE WITNESS:  Any?

13             INTERVIEWER 2:  Of those children.

14             THE WITNESS:  Any of the people?  No, I don't

15   know anybody.

16             INTERVIEWER 1:  Because like there -- like

17   when I was looking through there is what we say is

18   known series that we've seen before, and there were

19   several I -- I haven't seen before.  And you usually

20   have to do it for a while, you know, so -- but we can

21   say -- or you can say that there should not be nothing

22   or anybody that you know personally or anything, I

23   guess, on there?  You -- you wouldn't know?  It was

24   just stuff that you got off the Internet?  You didn't

25   know somebody that might have traded it with you --

```
 1              THE WITNESS:  No, I've never --

 2              INTERVIEWER 1:  -- to -- we could go back to

 3    that person and get it identified?

 4              THE WITNESS:  Yeah, I've never known anybody

 5    personally.  I've never traded with other people.

 6    I've never shared or I've never anything.  I've never

 7    done any of that with any imaging that I do.

 8              INTERVIEWER 1:  Because a lot of times when

 9    you see these, like I say, it's the same series and

10    it's the same ones, you know, sharing back and forth.

11    Then we come across some that you don't see and think

12    where did that come from.  Did he know somebody over

13    here that might have sent him something that might be

14    his little neighbor kids or something like that.

15    That's -- we just want to make sure we get everything

16    identified like that.

17              INTERVIEWER 2:  Is there anything that --

18    that you think personally you need to tell us?

19              THE WITNESS:  Personally I want to, you know,

20    just say everything, you know.  I'm just advised not

21    to at the moment.

22              INTERVIEWER 2:  On the advice of the wife?

23              THE WITNESS:  Yeah, the -- the authority,

24    yeah.

25              INTERVIEWER 2:  They have that authority
```

```
1    sometimes.  They do.
2           So I'm going to step the restroom.  So if
3    y'all here that water pipe -- I mean, do you need to
4    go to the restroom?
5           THE WITNESS:  Not right now, no.
6           INTERVIEWER 1:  Would you mind if we looked
7    at these?
8           THE WITNESS:  No, you can.  And if you find
9    anything on those ones I think are blank, let me know.
10          INTERVIEWER 1:  What about that -- your
11   little --
12          THE WITNESS:  That's just work.
13          INTERVIEWER 1:  Does work provide that to you
14   or --
15          THE WITNESS:  No.  I -- I bought it.
16          INTERVIEWER 1:  You bought it to put your
17   work stuff on it?
18          THE WITNESS:  Yeah.  If I need to work on
19   something at home, I put it on there and take it home.
20   Put a lot of Youtube videos.
21          INTERVIEWER 1:  Touchstone, that's a --
22   that's an electric company, I guess.
23          THE WITNESS:  I can't remember what it was or
24   why they even give it to me.
25          INTERVIEWER 1:  Looks like Touchstone.  I
```

```
1    think it's some energy companies.  I think Alabama
2    Power and all these little power places.  I think it's
3    a cooperative-type thing.
4              THE WITNESS:  It's five feet.  I thought it
5    was three feet.
6              INTERVIEWER 1:  So y'all live on ███ ███ █
7    ███ █
8              THE WITNESS:  ████ ████ █████
9              INTERVIEWER 1:  █████ ████ █ ██████.
10   Nice -- nice area out there.
11             INTERVIEWER 2:  Anything else?
12             INTERVIEWER 1:  No, just mentioned -- Nathan
13   had mentioned to me about him cooperating about the --
14   deleting that stuff is the only thing, I guess.
15             INTERVIEWER 2:  Have you told him that?
16             INTERVIEWER 1:  I didn't.
17             INTERVIEWER 2:  By -- possessing child porn
18   is not only a state crime, it's a federal crime also.
19   But taking -- the act of taking them off is a federal
20   crime also.  What -- what did Nathan say it was?
21             INTERVIEWER 1:  Hindering -- hinder --
22   federal obstruction or hindering prosecution, because
23   at the time we were there viewing this, it was being
24   deleted.  And we can -- you know, we can show what
25   time it was done and what computer it came from that
```

1    did that.  And just was told to advise you that, you

2    know, that is a crime, but, you know, we're going --

3    you know, we're going to help you as much as we can

4    and, you know -- but there ain't but so much we can do

5    if, you know -- but this -- you know, this is your --

6    I guess you've never had anything like this before,

7    so...

8              INTERVIEWER 2:  If -- if we were to download

9    your phone and look through there, would -- would we

10   find any?

11             THE WITNESS:  My what?  My phone?

12             INTERVIEWER 2:  Yeah.  Would find any

13   pornographic images on there, adult or child?

14             THE WITNESS:  No.  You can go through it now

15   if you want to.

16             INTERVIEWER 2:  Would we find -- if we

17   downloaded it, would we find any deleted files?

18   Because, you know, like I said earlier, it just never

19   goes away.  It just never -- I mean, people delete it

20   all day long but it's still there.

21             THE WITNESS:  No.  The closest you'll find is

22   maybe a video of what -- what is she -- my

23   sister-in-law sent of her little girl, but it -- it's

24   not pornographic.  It's -- so, but, yeah, I don't --

25   I've never taken a pornographic picture with my phone.

1          INTERVIEWER 2:  Never downloaded one through
2     the Internet or text message, instant message or --
3          THE WITNESS:  Huh-uh.
4          INTERVIEWER 2:  What kind of phone do you
5     have?
6          THE WITNESS:  It's an LG Touch --
7          INTERVIEWER 2:  Okay.
8          THE WITNESS:  -- phone, two-year-old thing.
9          INTERVIEWER 1:  When this took place
10    yesterday about deleting the files, were you thinking
11    they was -- hopefully they were gone then or -- or did
12    you know we could bring that up, recreate it or
13    anything?
14         THE WITNESS:  I'll get back later.  I don't
15    know if I should -- you know, what I should say, if I
16    should even say anything.
17         INTERVIEWER 2:  I guess it was worth a try
18    anyway.  Do you want to -- you want to do a pre-search
19    on his thing to see if he's willing to do that?
20         INTERVIEWER 1:  Well, I -- I asked him about
21    this and his little jump drive.  It says work stuff on
22    it.  He said he didn't mind us looking at it.  I can
23    look at it real quick if he wants us to.  Do you want
24    us to or --
25         THE WITNESS:  I don't want you to do

1    anything, but if you, you know --

2              INTERVIEWER 1:  I mean, would -- would we

3    find anything on it?

4              THE WITNESS:  I do not object to it I guess

5    is what I'm saying.  No, you won't find anything on

6    there.

7              INTERVIEWER 1:  Even deleted stuff.  I mean,

8    it's -- anything you put on there it's -- if you

9    delete it, it's -- we've got machines, you know,

10   that --

11             THE WITNESS:  Yeah.

12             INTERVIEWER 1:  -- forensic stuff that

13   bring -- I mean, you wouldn't never find it if you

14   tried to get it back, but we could bring it out.

15             THE WITNESS:  Yeah.  Well, I've never -- you

16   know, I've never taken a picture of anybody.

17             INTERVIEWER 1:  I -- I just assume you didn't

18   store any of your pictures on here, did you, or

19   anything?

20             THE WITNESS:  No, no.  I never -- I never

21   took any pictures home or anywhere else.

22             INTERVIEWER 2:  How -- how would you store

23   that stuff before you started putting it on the

24   server?

25             THE WITNESS:  Store images that I wanted

```
1    to -- to store?
2           INTERVIEWER 2:  Right.
3           THE WITNESS:  I had saved some images to my
4    computer before, and my wife found them.
5           INTERVIEWER 1:  At work or -- oh, you're
6    talking about -- at work?
7           THE WITNESS:  At work.  She came to use my
8    computer for something.
9           INTERVIEWER 1:  Oh, she came over to work?
10          THE WITNESS:  Yeah.  She had -- at the time,
11   she didn't have a job.  She wanted to print something.
12          INTERVIEWER 1:  Oh, okay.
13          THE WITNESS:  And she saw pictures of, you
14   know, nude ladies.  So as a matter of fact, that was
15   before we got married, I think.
16          INTERVIEWER 1:  How -- how old was the
17   ladies, you think?
18          THE WITNESS:  Oh, they were over -- over 18.
19   They were 18, 20s, you know, maybe 30.  I don't know.
20          INTERVIEWER 1:  Did she get on to you big
21   time?
22          THE WITNESS:  We almost didn't get married.
23   But, you know, after that, I didn't store anything on
24   the computer because I know she could drop in and do a
25   check, so to speak, at any time.
```

1            INTERVIEWER 2:  So the server was just the
2    best place to put them where she couldn't find them?
3            THE WITNESS:  Uh-huh.
4            INTERVIEWER 2:  You've been married for how
5    long?
6            THE WITNESS:  Eight years.
7            INTERVIEWER 2:  Eight years.  So the -- the
8    child porn part of it developed after that, then, or
9    had it developed before that?
10            THE WITNESS:  I never looked at child porn,
11    you know, early on.
12            INTERVIEWER 2:  The adult porn just kind of
13    led you down that road?
14            THE WITNESS:  Adult porn, like I said, leads
15    you down a dark hole.
16            INTERVIEWER 2:  All right.  Well, Robert, you
17    want to preview that stuff now?
18            INTERVIEWER 1:  I think you may be telling
19    the truth.  You telling the truth, ain't you?
20            THE WITNESS:  Yes, sir.
21            INTERVIEWER 1:  There's not going to be
22    anything on there, is it?
23            THE WITNESS:  Huh-uh.
24            INTERVIEWER 1:  I mean, it wouldn't take but
25    just a minute to check it.  I could run down and do

```
1    it, but I think he's be truthful with us.
2              INTERVIEWER 2:  Is there going to be anything
3    at your house?
4              THE WITNESS:  No.
5              INTERVIEWER 2:  Could we go look?
6              THE WITNESS:  Yeah.  That computer's never --
7              INTERVIEWER 1:  Y'all have your computer
8    together at home.
9              THE WITNESS:  It's a desktop.
10             INTERVIEWER 1:  Y'all just share one?
11             THE WITNESS:  Yeah.
12             INTERVIEWER 2:  I'm sure your wife wouldn't
13   be too happy with you if you had it on your home
14   computer, so I don't -- I don't imagine...
15             THE WITNESS:  Not at all.
16             INTERVIEWER 2:  Do you have a laptop in your
17   truck?
18             THE WITNESS:  No laptop.  I have never owned
19   one.
20             INTERVIEWER 1:  Do they allow y'all -- do
21   they give y'all laptops to go out on sites or
22   something?
23             THE WITNESS:  Some people get them.  Like
24   there's one or two people that have them, but they
25   don't give them to us.  As a matter of fact, I think
```

1    those are personal computers that people use.  I don't

2    think it's the job.  You can bring it to the job and

3    work on it, but it's -- I've never owned one, so --

4    they've never given me one.

5            INTERVIEWER 2:  Y'all just take blueprints

6    out with you or --

7            THE WITNESS:  Well, they're not blueprints.

8    Now it's just black and white like that paper.  It's

9    just printed on a big 24 by 36 sheets.  We take those

10   out there and mark them up and come back, and then

11   there's any changes, you can email it to the

12   contractor or whoever.

13           INTERVIEWER 1:  So there's not really

14   anything, say, blueprints no more, are they?  They're

15   just pretty much black and white.

16           THE WITNESS:  We used to -- we were probably

17   one of the last companies to do blueprints.  Well, I

18   guess it's what you call them blueprints.  And we just

19   got rid of that a couple of years ago where you

20   actually -- they're printed on what they call mylar.

21   And that's got your original set.  Then you run it

22   through a machine and it prints the blue on.  It

23   smells like ammonia.  It's horrible running this

24   machine.  But, yeah, we haven't done that in a while.

25   Now we just have a big plotter that plots everything

1    out pretty quick.

2            INTERVIEWER 2:  Well, we're fixing to go.

3    We're fixing to take you back.  But if you had to say

4    the -- the website you got the most of that stuff off

5    which one would it be?

6            THE WITNESS:  Most images that I got off the

7    Internet and -- was a site called -- I think it was

8    4schan, 4 -- the number 4 S -- C-H-A-N.  And I don't

9    remember if it's dot org or dot com.

10           INTERVIEWER 1:  4 S-H --

11           THE WITNESS:  C-H-A-N.

12           INTERVIEWER 1:  C-H-A-N.

13           INTERVIEWER 2:  Like a chin, C-H --

14           THE WITNESS:  A-N.

15           INTERVIEWER 2:  C-H instead of I-N, A-N.

16           INTERVIEWER 1:  C-H-A-N.

17           INTERVIEWER 2:  That's a new one.

18           THE WITNESS:  Like I said, I don't know if

19    it's dot com or dot org or dot what.

20           INTERVIEWER 2:  Yeah.

21           THE WITNESS:  I think it's dot org.

22           INTERVIEWER 2:  Most of the O-R-G are

23    organizations.

24           THE WITNESS:  Well, maybe it's dot net.

25           INTERVIEWER 2:  Probably dot not.

1      THE WITNESS:  If you google 4 Chan, you

2  should find it.

3      INTERVIEWER 1:  You never had any sites that

4  you went to a paid site, have you, that you had to use

5  a credit card or anything?

6      THE WITNESS:  I never paid for anything.

7  That would show up on a bill.

8      INTERVIEWER 1:  Yeah, it wouldn't.

9      INTERVIEWER 2:  It would, wouldn't it.

10  Because you never afraid of getting caught, you know,

11  the way things are -- technology is today a lot of

12  times we can -- we can tell where that stuff's going

13  when we have time to look.  You were never afraid that

14  we would be able to tell that -- you know, that the

15  police would come knocking at the business one day

16  saying, we know what's going on?  Or is it just one of

17  those thrill things?

18      THE WITNESS:  Oh, you asked -- I didn't know

19  you asked a question.  Yeah, anytime you're addicted

20  to anything, you never think you're -- you never think

21  you're going to get caught, or it's just temporary,

22  you know, one more fix and I'm done.  And then you --

23  you know, you try to reform and get rid of stuff and

24  things creep back in.  It gets worse each time it

25  creeps back in, you know.  What's the verse in the

```
1    Bible that talks about, you know, cast out one demon
2    and it comes back seven more.
3           INTERVIEWER 2:  That's truly what it is.
4           THE WITNESS:  Sorry.
5           INTERVIEWER 2:  That's truly what it is.
6           INTERVIEWER 1:  We're trying to decide --
7    we're trying to get the business back up and running
8    as soon as we can, but we're trying to determine if we
9    need to go get everybody's computer --
10          THE WITNESS:  Yeah.
11          INTERVIEWER 1:  -- and go through it because
12   that would really shut them down.
13          THE WITNESS:  Yeah.
14          INTERVIEWER 1:  I mean...
15          THE WITNESS:  I don't think you need to go
16   through everybody's computer.  No, I don't.  Anything
17   I've ever done, I've been alone in.  You know, I've
18   never had friends send me stuff or anything like that,
19   so...
20          INTERVIEWER 1:  What kind of email system
21   y'all use over there, Gmail or -- I mean --
22          THE WITNESS:  It's -- it's -- I mean, I use
23   Outlook, but I think it's through Gmail.
24          INTERVIEWER 1:  Yeah, y'all had a Outlook --
25   Out -- oh, okay.
```

1          THE WITNESS:  I know if you're off site, you

2     can log in through Gmail.  Does that mean it's a Gmail

3     account?

4          INTERVIEWER 1:  I don't know if y'all had a

5     company's type exchange server that y'all did just --

6     you know, like keith.reddick at --

7          THE WITNESS:  It's at █████████

8          INTERVIEWER 1:  Oh, it is?

9          THE WITNESS:  Yeah.  Like I said, I don't

10    know -- I just kind of don't know anything about that

11    kind of stuff.  If -- I know when I have to -- if I'm

12    off site, when I get home if I want to check my email,

13    I go through web mail something.  I mean, it's Gmail

14    because it says Gmail at the top.  And then you put in

15    your password?

16          INTERVIEWER 1:  How many people work there at

17    that place?

18          THE WITNESS:  We used to have 30.  I think

19    we're probably down to like 20, 23.

20          INTERVIEWER 1:  Y'all got -- each -- and

21    everybody's got a computer?

22          THE WITNESS:  Uh-huh.

23          INTERVIEWER 1:  That would shut them down for

24    probably at least a week or something.  We're trying

25    not to -- we're trying not to make them as -- make

1    them any madder at us, you know, for having to take

2    the server, so...

3           INTERVIEWER 2:  Yeah, he said there's no need

4    in us going to take anybody else's.

5           INTERVIEWER 1:  Okay.  Well, that's good

6    because that's going to be a lot of work, but -- well,

7    that's good.

8           THE WITNESS:  Yeah, I know they'd appreciate

9    getting their stuff back so they can work, make money.

10          INTERVIEWER 1:  Yeah, got to make that money.

11          INTERVIEWER 2:  Well, Keith, like I said

12   earlier, the only thing I can do is promise to tell

13   the truth to the people that we have to report to and

14   that's what I'll do.  That's what Robert will do.

15   That's what we all do.  And then, you know, what --

16   where it goes and what happens, all we do is report

17   and the district attorney, U.S. attorney, the grand

18   jury makes those decisions, not us.  You know, so -- I

19   mean, and that's not something that will be reported

20   to the grand jury in the next day or two because we

21   have -- we've got a lot of work to do.  So we can tell

22   you if -- if, when, and what's going to happen, today

23   we can't really tell you that.  I can tell you some

24   days we lock people up off the bat, but today ain't

25   one of them.

```
1              THE WITNESS:  I keep hoping my wife would

2     call and say I just -- I could talk about everything,

3     so, everything you needed.  Y'all have a card or

4     anything?

5              INTERVIEWER 1:  Yeah, we'll leave you one,

6     get one down there out of the office.

7              THE WITNESS:  If you're going to let me go

8     home.

9              INTERVIEWER 2:  No, we're going to let you --

10             INTERVIEWER 1:  Oh, yeah, we're going to let

11    you go home.

12             INTERVIEWER 2:  I told you that when we left

13    that we were going to take you back and you were free

14    to go.

15             INTERVIEWER 1:  Yeah, we're not going to lie

16    to you.

17             INTERVIEWER 2:  I mean, that's -- that you

18    wasn't arrested then, you're not under arrest now.

19    So, yeah, we're going to take you back.

20             INTERVIEWER 1:  If you need to talk to your

21    wife, go ahead and call and talk with her if you need

22    to.  She might have changed her mind or something.

23             INTERVIEWER 2:  Just go ahead and tell her

24    you told us everything and see what you've got to say.

25                  (Phone call made.)
```

1           THE WITNESS:  I guess we'll conclude for now.

2           INTERVIEWER 1:  Okay.

3           INTERVIEWER 2:  Well, Keith, I do appreciate

4    you telling us what you did tell us and being

5    cooperative.

6           THE WITNESS:  Like I said, I want to -- I

7    want to cooperate.

8           INTERVIEWER 2:  You know, if you and your

9    wife want to talk it over tonight and -- I mean,

10   Robert's going to give you a card and number.

11          INTERVIEWER 1:  Tomorrow -- y'all can talk

12   about it tonight.  If you want to talk about it some

13   more, just call us and -- you know.

14          INTERVIEWER 2:  And if you go get you a

15   lawyer and he wants to call --

16          INTERVIEWER 1:  Yeah.

17          INTERVIEWER 2:  -- you'll have -- you'll have

18   our number to call us.  It's all up to you.  Okay?

19          THE WITNESS:  Yeah, I guess if y'all -- if

20   y'all do -- you know, charges are pressed against --

21   you know, against me, is there a way y'all can call me

22   and I'll just come up here and not go through an

23   ordeal up at the office or anything like that,

24   assuming I can still work.

25          INTERVIEWER 1:  Well, we'll see what we can

1     do.  It will be, I guess, up to the U.S. attorney or

2     the DA how they want to handle it.  If we -- you know,

3     if you work with us pretty good or whatever they might

4     say he, well, he -- you know, he worked with us or

5     whatever.  But I mean, it's kind of up to them how --

6     how that goes.

7           INTERVIEWER 2:  We won't just bust a door

8     down and drag you out.

9           INTERVIEWER 1:  No.

10           INTERVIEWER 2:  We might call you and say you

11     need to come outside and talk to us, so -- but we have

12     to get there first.

13           THE WITNESS:  Yeah.

14           INTERVIEWER 2:  Okay.  Well, it is -- it's

15     four o'clock.  What time you got off anyway?

16           THE WITNESS:  Five.

17           INTERVIEWER 2:  Five.

18           THE WITNESS:  Why?  Do y'all get off at four?

19           INTERVIEWER 2:  No.

20           INTERVIEWER 1:  No, we just get off when

21     everything's --

22           INTERVIEWER 2:  We really don't have any set

23     hours.  But, no, it's four o'clock.  I didn't realize

24     that it was getting quite that late.  But it still

25     wasn't supposed to be -- it's supposed to get rough --

1    rough weather here in Montgomery later today, too,

2    so -- all right.  We'll take you back to work.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2    STATE OF ALABAMA

3    AUTAUGA COUNTY

4            I, Stacey L. Johnson, Certified Court

5    Reporter and Commissioner for the State of Alabama at

6    Large, hereby certify that I transcribed the INTERVIEW

7    OF KEITH REDDICK contained herein and that pages 2

8    through 64 contain a true and accurate transcription,

9    to the best of my ability, of the proceedings on the

10   tape recording.

11           I further certify that I am neither kin nor

12   of counsel to any of the parties to said cause nor in

13   any manner interested in the results thereof.

14           This 23rd day of January, 2017.

15

16                    /s/Stacey L. Johnson
                      STACEY L. JOHNSON, CCR
17                    CCR #386, Expires 9/30/17
                      Commissioner for the State of
18                    Alabama at Large
                      MY COMMISSION EXPIRES:  6/22/19
19

20

21

22

23

24

25