# EXHIBIT 2

# FRONT — ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| 1 ORI # | 2 Date of Report | 3 Time of Report | 4 Type Report | 5 Supplement Date | 6 Agency Case Number | 7 Suffix |
|---|---|---|---|---|---|---|
| AL0011200 | 06 02 2009 | 13:15 MIL | ☒ Offense | | 2009000025490 | |

**8 Agency Name:** Hoover Police Department  
**9 Sector:** 34

**10 Type of Incident or Offense:** ☒ Misdemeanor ☒ Completed — HARASSMENT  
**11 Degree:** 2  
**13 State Code/Local Ordinance:** 13A-11-8(A)(1) 11-31

**14 Type of Incident or Offense:** ☒ Completed  
**15 Degree:** 2

**18 Place of Occurrence:** 2000 RIVERCHASE GALLERIA ☒ Check here if event occurred at victim's residence

**Victim Demographics:**
- 19 Sex: F
- 20 Race: W
- 21 Ethnicity: Other Non-Hispanic
- 22: (blank)
- 23 Age: 29
- 28 Domestic Violence: No

**24 Offender Suspected of Using:** (none checked) — 25 None/Unknown  
**26 Hate Bias:** No  **27 Bias Code:** 20

**29 Point of Entry:** (none)  
**30 Method of Entry:** No Force  
**32 Lighting:** (none circled explicitly)  
**33 Weather:** 1 Clear  
**34 Location Type:** 20 Residence/Home

**35 Occurred from MM/DD/YY:** 05 30 2009  
**36 Time of Event:** 18:00 MIL  
**37 Day of Week:** S (7)  
**41 # Premises Entered (Burglary):** (blank)

**42 Type Criminal Activity:** (blank)  
**43 Victim Type:** I Individual

### Property
(all blank)

**74 Case Status:** 1 Pending  
**79 Reporting Officer:** PUGH — 12353  
**80 Assisting Officer:** (blank)  
**81 Supervisor Approval:** GRAVES — 12244  
**82 Watch Commander:** (blank)

IO 2009-00025490 Page 1 OF 4

BACK

THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER

| Incident/Offense Report - Continued | 83 Date of Report (MM/DD/YY) 06 02 2009 | 84 Time of Report 13:15 | AM / FM / MIL (X) | 85 Agency Case Number 2009 00025490 | 86 Sufx | 87 ☐ Offender ☒ Suspect ☐ Missing Person | ☐ Check if Multiple |

**88 Reported By (Last, First, Middle Name):** ☐ Victim Or [redacted]
- 89 Suffix
- 90 ☒ Resident ☐ Non-Resident
- 91 Home Phone
- 92 Work Phone [redacted]
- 93

## VICTIM INFORMATION

- 94 Victim #
- 95 Victim (Last, First, Middle Name) [redacted]
- 96 Suffix
- 97 Address (Street, City, State, Zip) [redacted]
- 98 Home Phone
- 99 Work Phone [redacted]
- 100 Other Phone [redacted]
- 101 Employer/School [redacted]
- 102 Occupation [redacted]
- 103 Address (Street, City, State, Zip) [redacted]
- 104 Work Phone
- 105 Other Phone
- 106 Sex / 107 Race / Language: ☐ English ☐ Spanish ☐ Other
- 108 / 109 HGT / 110 WGT / 111 Date of Birth [redacted]
- 113 Victim SSN
- 114 Complainant SSN
- 115 ☐ Multiple Victims ☐ LE Officer
- 116 Ethnicity: ☐ Hispanic ☒ Other **Non-Hispanic**
- 117 Injury: ☐ Yes ☐ No
- 118 Offender known to victim? ☐ Yes ☒ No
- 119 Victim was? (Explain Relationship)
- 120 Relationship Code
- 121 Weapons Used: ☐ Firearm ☐ Knife ☐ Hands, Fist, Feet, Voice, etc ☐ Other Dangerous
- 122 Description of Weapons/Firearms/Tools Used in Offense: ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Unknown
- 123 Place of Occurrence: **2000 RIVERCHASE GALLERIA SUIT 128**
- 124 Type Injury: N None, B Broken Bones, I Internal Injury, L Severe Laceration, M Minor Injury, O Other Major Injury, T Loss of Teeth, U Unconscious
- 125 Sector
- 126 Circumstances: Homicide & Assault
- 127 Location: Rape
- 128 Assault: ☐ Simple ☐ Aggravated
- 129 Treatment for Assault? ☐ Yes ☐ No
- 130 Verify for Rape Exam? ☐ Yes ☐ No
- 131 Treatment for Rape? ☐ Yes ☐ No

## SUSPECT INFORMATION

- 132 Off # / 133 Name (Last, First, Middle): **Unknown00**
- 134 SFX / 135 Alias
- 136 Social Security #
- 137 Race: ☐ W ☐ A ☐ B ☐ I
- 138 Sex: ☐ M ☐ F
- 139 Date of Birth
- 140 Age
- 141 Address (Street, City, State, Zip)
- 142 HGT / 143 WGT
- 144 Ethnicity: ☐ Hispanic ☐ Other
- 145 Language: ☐ English ☐ Spanish ☐ Other
- 146 Probable Destination
- 147 Eye / 148 Hair / 149 Complexion
- 150 Armed: ☐ Yes ☐ No — Weapon
- 151 Clothing
- 152 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations
- 153 ☐ Arrested ☐ Wanted ☐ Dual Arrest (Domestic Violence)
- 154 Off # / 155 Name (Last, First, Middle)
- 156 SFX / 157 Alias
- 158 Social Security #
- 159 Race: ☐ W ☐ A ☐ B ☐ I
- 160 Sex: ☐ M ☐ F
- 161 Date of Birth
- 162 Age
- 163 Address (Street, City, State, Zip)
- 164 HGT / 165 WGT
- 166 Ethnicity: ☐ Hispanic ☐ Other
- 167 Language: ☐ English ☐ Spanish ☐ Other
- 168 Probable Destination
- 169 Eye / 170 Hair / 171 Complexion
- 172 Armed: ☐ Yes ☐ No — Weapon
- 173 Clothing
- 174 ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations
- 175 ☐ Arrested ☐ Wanted ☐ Dual Arrest (Domestic Violence)

## WITNESSES

| Name (Last, First, Middle) | Sex | Race | Date of Birth | Address | Contact Telephone Numbers |
|---|---|---|---|---|---|
| 176 | 177 ☐M ☐F | 178 ☐W ☐B ☐A ☐I | 179 | 180 | 181 Home / 182 Work / 183 Other |
| 184 | 185 ☐M ☐F | 186 ☐W ☐B ☐A ☐I | 187 | 188 | 189 Home / 190 Work / 191 Other |
| 192 | 193 ☐M ☐F | 194 ☐W ☐B ☐A ☐I | 195 | 196 | 197 Home / 198 Work / 199 Other |

- 200 Witness #1 SSN
- 201 Witness #2 SSN
- 202 Witness #3 SSN

## NARRATIVE

203

**\*\*\* SEE CONTINUATION PAGE FOR NARRATIVE \*\*\***

- 204 Continued on Supplement ☐ Yes ☐ No
- 205 Assisting Agency ORI
- 206 Assisting Agency Case Number
- 207 SFX / 208 Warrant Signed ☐ Yes ☐ No / Warrant #
- 209 Add. Cases Closed Narrative ☐ Y ☐ N
- ☐ Continued on Supplement

I hereby affirm that I have read this report and that all the information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person herein reported is returned.

210
Signature
211 Local Use
212 State Use

ACJIC-00-08

IO 2009-00025490 Page 2 OF 4

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | 79 Date and Time of Arrest 06 02 09 | 13:15 PM | 80 Case # 2009 00025490 | 81 SFX |
|---|---|---|---|---|
| | 82 Type Report ☐ 1 Continuation | ☐ 2. Follow-up | | |

**NARRATIVE**

R/O WAS ADVISED BY ▊▊▊▊▊▊▊▊▊ THAT WHILE IN THE DRESSING ROOM OF BANANA REPUBLIC AN UNKNOWN SUBJECT TOOK A PICTURE OF HER BY PLACING HIS CAMERA PHONE UNDER HER CHANGING STALL. ▊▊▊▊▊ WAS ABLE TO CONTACT MALL SECURITY, WHO WERE THEN ABLE TO TRACK DOWN THE SUSPECT.
▊▊▊▊▊▊▊, WANTING TO PURSUE CRIMINAL ACTION AGAINST THE SUSPECT, MADE CONTACT WITH OFC. SYED THE OFFICER IN CHARGE OF THE INCIDENT, BUT HE WAS UNABLE TO GIVE HER THE INFORMATION NEEDED TO FILE A WARRANT. ▊▊▊▊▊▊, WAS ADVISED TO CALL ON THURSDAY AND CHECK ON REPORT.

SUSPECT INFO:
KEITH REDDICK
▊▊▊▊▊▊▊▊
▊▊▊▊▊▊▊
▊▊▊

☐ Continued on Additional Supplement

TYPE OR PRINT IN BLACK INK ONLY

AC-SC-06-05

IO 2009-00025490 Page 4 OF 4

# ALABAMA UNIFORM ARREST REPORT

**DOMESTIC VIOLENCE DUAL ARREST** ☐

**Fingerprinted:** ☒ Yes ☐ No
**R84 Completed:** ☒ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

- **1 ORI #:** AL0011200
- **2 Agency Name:** Hoover Police Department
- **3 Case #:** 2009000025490
- **4 SFX:**
- **5 Last, First, Middle Name:** REDDICK, KEITH, CHANNING
- **6 Alias AKA:**
- **7 Sex:** M
- **8 Race:** W
- **9 Ethnicity:** Other Non-Hispanic
- **10 Hgt:** 602
- **11 Wgt:** 200
- **12 Eye:** BLU
- **13 Hair:** BRO
- **14 Skin:** Fair
- **15:** ☐ Scars ☐ Marks ☐ Tattoos ☐ Amputations
- **16 Place of Birth:** ALABAMA
- **18 Date of Birth:** [redacted]
- **19 Age:** [redacted]
- **20 Miscellaneous ID #:**
- **21 SID #:**
- **22 Fingerprint Class:** Henry Class / NCIC Class
- **23 DL #:** [redacted]
- **24 St:** AL
- **25 FBI #:**
- **26 Identification Comments:** Other
- **27:** ☐ Resident ☒ Non-Resident
- **28 Home Address:** [redacted]
- **29 Residence Phone:** [redacted]
- **30 Occupation:** Actor
- **31 Employer:** [redacted]
- **32 Business Address:** [redacted]
- **33 Business Phone:** [redacted]

## ARREST

- **34 Location of Arrest:** 2020, VALLEYDALE, Road
- **35 Sector #:**
- **36 Arrested for Your Jurisdiction?** ☒ In State ☐ Out of State Agency
- **37 Condition of Arrestee:** ☐ Drunk ☒ Sober ☐ Drinking ☐ Drugs
- **38 Resist Arrest?** ☐ Yes ☒ No
- **39 Injuries?** ☒ None ☐ Officer ☐ Arrestee
- **40 Armed?** ☐ Y ☒ N
- **41 Description of Weapon:** ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Other Firearm ☐ Other Weapon
- **42 Date of Arrest:** 06/17/09
- **43 Time of Arrest:** 18:04 MIL
- **44 Day of Arrest:** W
- **45 Type of Arrest?** ☐ On View ☐ Warrant ☒ Call
- **46 Arrested Before?** ☐ Yes ☒ No ☐ Unknown
- **47 Charge-1:** ☐ Fel ☒ Misd — CRIMINAL SURVEILLANCE
- **48 UCR Code:**
- **49 Charge-2:** ☐ Fel ☐ Misd
- **50 UCR Code:**
- **51 State Code/Local Ordinance:** 13A-11-32 11-31
- **52 Warrant #:** 2009-3308
- **53 Date Issued:** 06/12/09
- **54 State Code/Local Ordinance:**
- **55 Warrant #:**
- **56 Date Issued:**
- **57 Charge-3:** ☐ Fel ☐ Misd
- **58 UCR Code:**
- **59 Charge-4:** ☐ Fel ☐ Misd
- **60 UCR Code:**
- **61 State Code/Local Ordinance:**
- **62 Warrant #:**
- **63 Date Issued:**
- **64 State Code/Local Ordinance:**
- **65 Warrant #:**
- **66 Date Issued:**
- **67 Arrest Disposition:** ☐ Held ☐ Bail ☒ Released ☐ Tot-LE ☐ Other
- **68 If Out On Release What Type?:**
- **69 Arrested with (1) Accomplice:**
- **70 Arrested with (2) Accomplice:**

## VEHICLE

- **71 VYR:** **72 VMA:** **73 VMO:** **74 VST:** **75 VCO:** Top / Bottom
- **76 Tag #:** **77 LIS:** **78 LIY:**
- **79 VIN:**
- **80 Impounded?** ☐ Yes ☒ No
- **81 Storage Location/Impound #:**
- **82 Other Evidence Seized/Property Seized:**
- ☐ Continued in Narrative

## JUVENILE

- **83 Juvenile Disposition:** ☐ Handled and Released ☐ Ref. to Juvenile Court ☐ Ref. to Welfare Agency ☐ Ref. to Other Police Agency ☐ Ref. to Adult Court
- **84 Released To:**
- **85 Parent or Guardian:**
- **86 Address:**
- **87 Phone:**
- **88 Parents Employer:**
- **89 Occupation:**
- **90 Address:**
- **91 Phone:**

## RELEASE

- **92 Date and Time of Release:**
- **93 Releasing Officer Name:**
- **94 Agency/Division:**
- **95 ID #:**
- **96 Released To:**
- **97 Agency/Division:**
- **98 Agency Address:**
- **99 Personal Property Released to Arrestee:** ☐ Yes ☐ No ☐ Partial
- **100 Property Not Released/Held At:**
- **101 Property #:**
- **102 Remarks:**
- **103 Signature of Receiving Officer:**
- **104 Signature of Releasing Officer:**

**MULTIPLE CASES CLOSED**
- **105 Case #:** **106 SFX:** **107 Case #:** **108 SFX:** **109 Case #:** **110 SFX:**
- **111 MULTIPLE CASES CLOSED NARRATIVE:** ☐ Y ☐ N
- **112 Arresting Officer:** DAVIS
- **113 ID #:** 12305
- **114 Arresting Officer:**
- **115 ID #:**
- **116 Supervisor:** GRAVES ID# L6
- **117 Watch Cmdr:** ID #

TYPE OR PRINT IN BLACK INK ONLY

AC-JC-03-05

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 118 Date and Time of Arrest: 06/17/09 18:04 MIL | 119 Case # 2009000 2549 0 | 120 SFX |

**121 Additional Arrest Information**

ON 06/17/2009, APPROXIMATELY 09:30 MILITARY TIME, R/O DAVIS, C., MADE CONTACT WITH REDDICK AND MADE ARRANGEMENTS FOR REDDICK TO TURN HIMSELF IN ON OUTSTANDING WARRANT # 2009-3308, CRIMINAL SURVEILLANCE. REDDICK ENTERED THE LOBBY OF THE HOOVER PUBIC SAFETY CENTER, 2020 VALLEYDALE ROAD, HOOVER, AL, AT WHICH TIME HE WAS ESCORTED TO THE BOOKING DESK BY JAIL PERSONNEL; PROCESSED AND RELEASED ON BOND.

☐ Continued on Additional Supplement

TYPE OR PRINT IN BLACK INK ONLY

ACJC-06-05