# EXHIBIT 3

Alabama Department of
# Public Safety

RIGHTS WAIVER FORM
ABI-11 (4-87)

## Bureau of Investigation

LOCATION __Montgomery ABI__

DATE __4/27/2011__ TIME __235__ AM/**PM**

BEFORE YOU ARE ASKED ANY QUESTIONS, YOU MUST UNDERSTAND YOUR RIGHTS.

1. You have the right to remain silent.

2. Anything you say can be used against you in court or other proceedings.

3. You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

4. If you cannot afford a lawyer, one will be appointed without cost to you before any questioning if you wish.

5. If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time you wish.

### WAIVER OF RIGHTS

I have been advised of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

NAME __Keith Reddick__

SIGNATURE __[signature]__

WITNESS: __D. McDo #316__
WITNESS: __[signature]__

1999 AU GRAD
PELHAM