IN THE CIRCUIT COURT OF　　LEE　　　　　　　　　　　　　　　　　JUDGE: RMH

STATE OF ALABAMA　　　　　　　　　VS　　REDDICK KEITH CHANNING

CASE: CC 97 001180.00

　　　　　　　　　　　　　　　　　　　　　　　　　　AL　　　　0000

DOB:　　　　　　　　　　SEX: M  RACE: W  HT: 0 00  WT: 000  HR:　　EYES:
SSN:　　　　　　ALIAS NAMES:

CHARGE1: APPEAL-AUBURN　　　　　　　　CODE1: APAU  LIT: CRIM TRESP III  TYP: M
MORE?:　　OFFENSE DATE:　　　　　　　AGENCY/OFFICER: MOPD

DATE WAR/CAP ISS:　　　　　　　　　　DATE ARRESTED:
DATE　　INDICTED:　　　　　　　　　　DATE　　FILED: 11/25/97
DATE　　RELEASED:　　　　　　　　　　DATE　HEARING:
BOND　　AMOUNT:　　　　　$.00　　　　　SURETIES:

DATE 1: 12/17/97  DESC: ARRG　　　　TIME: 0900 A
DATE 2: 01/05/98  DESC: TRAL　　　　TIME: 0830 A
　　　　HAND, BEN　　(RETAINED)
　　DEF/ATY:　　　　　　　　　　　　　TYPE:　　　　　　　　　　　　　　TYPE:
PROSECUTOR: DAVIDSON, PATRICK C

OTH CSE: MC97-44975  CHK/TICKET NO: MC97-44975　　　　GRAND JURY:
COURT REPORTER:　　　　　　　　　SID NO:
DEF STATUS: OTHER　　　　　　　　DEMAND: Y　　　　　　　　　　　OPER: KAH

NOTE:　9/18/97 NOTICE OF APPEAL/J/APD/MC97-44975

DATE　　　　　ACTIONS, JUDGEMENTS, AND NOTES

| 12/11/97 | Motion to Dismiss and Remand To City Court |
| | On motion of Defendant this appeal is dismissed and the case is remanded to the _City_ Court of _Auburn, AL_ on payment of Circuit Court costs. |

FILED DEC 15 '97 IN OFFICE

ALABAMA JUDICIAL INFORMATION CENTER
CRIMINAL FEE SHEET

| CRIMINAL FEE SUMMARY | DATE | DATE | DATE | DATE | STATE OF ALABAMA |
|---|---|---|---|---|---|
| | AMT | AMT | AMT | AMT | VS |
| 1. DOCKET FILING FEE | 59.00 | | | | REDDICK KEITH CHANNING |
|    MISDEMEANOR ($ ) | | | | | |
|    DIST FEL PG ($172) | | | | | G J #:    JUDGE ID:RMH |
|    FELONY ($172) | | | | | D C #: MC97-44975 |
| 2. PREL HEARING ($30) | | | | | |
| 3. SERVICE FEES | | | | | CRIM TRESP III |
|    WITNS SUPB EA. ($8) | | | | | |
|    FORF ($10EA OVER 1) | | | | | |
|    SERVICE CHARGE | | | | | |
| 4. BOND FORF. ($37) | | | | | |
| 5. PUB LAW LIB TAX 2.00 | 2.00 | | | | |
| 6. | 3.00 | | | | |
| 7. LOWER COURT COST | 91.00 | | | | |
|    SUB TOTAL | | | | | |
| 8. FINES | 200.00 | | | | |
| 9. RESTITUTION | | | | | |
| 10. CRIMINAL HSTRY $10 | 10.00 | | | | |
| 11. ATTORNEY FEES | | | | | |
| 12. DRUG ABUSE FEE $10 | | | | | |
| 13. CRIME VICTIMS | 25.00 | | | | |
| TOTAL COST | 426.00 | | | | |

| CASH RECEIPTS/FROM | DATE | RECP NO | AMT RECV |
|---|---|---|---|
| | | | |

| DISBURSMENTS/PAID | DATE | CHECK NO | AMT PAID |
|---|---|---|---|
| | | | |

| WITNESS / NAME | FOR S/D | ISS | EXEC | DATE DUE ISS / | EXEC |
|---|---|---|---|---|---|
| | | | | | |

*Transferred from $170 CC 99 $19999* (handwritten)

ALABAMA JUDICIAL DATA CENTER

COURT PAYMENT SYSTEM

LEE COUNTY                                              NO: 071526

*** RECEIPT ***                                         DATE: 12/30/97
                                                        TIME: 13:25:37

CASE: CC 97 001180.00                                   BATCH: 98074

RECEIVED FROM: REDDICK KEITH CHANNING                   TYPE: TRANSFER

    AMOUNT: ONE THOUSAND AND NO CENTS----------------------------$*****1000.00

    FOR ACCOUNTS: F001  REFUND                          $1,000.00


*** BALANCE DUE IN THIS CASE IS:        $0.00 ***

RECEIVED BY: KAH

```
              ALABAMA JUDICIAL DATA CENTER
                  COURT PAYMENT SYSTEM
                      LEE COUNTY                      NO: 067377
                     *** RECEIPT ***                  DATE: 09/25/97
                                                      TIME: 11:50:58

CASE: CC 99 999999.00                                 BATCH: 97222
RECEIVED FROM: CRIMINAL ACCOUNT                       TYPE: CHECK
  AMOUNT: ONE THOUSAND AND NO CENTS---------------------------$******1000.00

   FOR ACCOUNTS:  P170  BOND                      $1,000.00



RECEIVED BY: LAW
```

*Cash Bond
City Ob Auburn
Keith Reddick*

# IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

**CITY OF AUBURN**

V.  case number cc-97 1181, 1180

**KEITH REDDICK**
defendant

## MOTION TO DISMISS AND REMAND TO CITY COURT

Comes now the defendant Keith Reddick and would ask that his appeal in the above styled matter be dismissed and remanded to the Municipal Court of the City of Auburn.

Done this the 9th December, 1997.

*Keith Reddick*
Keith Reddick

*Ben C. Hand*
Ben C. Hand
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing on the City Prosecutor by USMail postage prepaid and properly addressed.

Done this the 9th day of December, 1997.

*Ben C. Hand*

```
ACS465                                                              PAGE:    26
OPER: KAH          DOCKET NOTICE CONFIRMATION REPORT      RUN DATE: 12/02/97
                                                          RUN TIME: 11:22:12

DOCKET DATE: 12/17/97          JUDGE: HON ROBERT M HARPER
DOCKET TIME:  9:00AM        LOCATION: COURTROOM #4
        JURY AND NON-JURY APPEALS ARRRAIGNMENT HEARINGS
----------------------------------------------------------------------
    BELOW IS A COPY OF THE NOTICE THAT WAS MAILED ON THIS CASE: CC 97 001180.00
----------------------------------------------------------------------

           * * * IN THE CIRCUIT COURT OF LEE COUNTY * * *

           DEFENDANTS AND ATTORNEYS MUST APPEAR BEFORE
            THIS COURT FOR ARRAIGNMENT AT THE
            TIME AND PLACE STATED BELOW...

               CASE:  CC 97 001180.00
               DATE:  12/17/97   TIME: 09:00AM
               PLACE: COURTROOM #4
                      LEE COUNTY COURTHOUSE
                      OPELIKA  ALABAMA


           JUDGE:     HON ROBERT M HARPER
           ATTORNEY:
           DEFENDANT: REDDICK KEITH CHANNING



               JURY AND NON-JURY APPEALS ARRRAIGNMENT HEARINGS

    (12/02/97)                                        FORM: A465
----------------------------------------------------------------------

                    *****  FRONT OF POSTCARD  *****
    CORINNE T. HURST
    ███████████████████




                    REDDICK KEITH CHANNING
    ███████████████████
```

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA
CRIMINAL DIVISION

F I L E D
SEP 23 1997
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

| | |
|---|---|
| THE CITY OF AUBURN, ALABAMA, ) | |
| A Municipal Corporation, ) | APPEALED FROM |
| ) | RECORDER'S COURT |
| Plaintiff, ) | OF THE CITY OF |
| ) | AUBURN, ALABAMA, |
| vs. ) | CASE NO.: M-44975 |
| ) | |
| KEITH CHANNING REDDICK, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES now THE CITY OF AUBURN, ALABAMA, a municipal corporation of the State of Alabama, by its undersigned attorney, and complains that the said Defendant, **KEITH CHANNING REDDICK**, within twelve (12) months before the beginning of the prosecution of this cause, did, within the City Limits of the City of Auburn, or the Police Jurisdiction thereof, commit criminal trespass in the third degree when he knowingly entered or remained unlawfully in or upon premises of Crossland Down's, Auburn, Alabama, in violation of § 13A-7-4 of the Code of Alabama (1975), as amended, as adopted by Ordinance 1130 as adopted by the City Council of the City of Auburn. Said Ordinance is codified in § 13-1 of the Code of Auburn, Alabama.

WALKER, HILL, ADAMS, UMBACH,
MEADOWS & WALTON

BY: *Patrick C. Davidson*
PATRICK C. (RICK) DAVIDSON (DAV111)
Post Office Box 2069
Opelika, AL 36803-2069
(334) 745-6466
Attorneys for the City of Auburn

| MC-16(back) Rev. 8/92 | NOTICE OF APPEAL TO CIRCUIT COURT<br>Municipal Ordinance Violation | Case Number<br>M44975 |
|---|---|---|

## APPEAL BOND

I, **Keith Channing Reddick** (Defendant), as principal, and I(We), (please print) **CASH**, as surety(ies), agree to pay the Municipality of **Auburn**, Alabama, the sum of $ **500.00** (not to exceed $1,000 or twice the amount of fine and costs) and all costs incurred in this Court and on appeal in this Court unless the above named Defendant appears before the circuit court on the scheduled date and from time to time thereafter until discharged by law to answer this charge of **Criminal Tresspass-3rd Degree**, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that have a fair market value equal to or greater than the amount of the above bond and we, and each of us, waive the benefits of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is further agreed and understood that this is a continuing bond which shall remain in full force and effect until such time as the undersigned are duly exonerated.

Signed and sealed this date with notice that false statements are punishable as perjury.

**9-18-97**
Date

Signature of Defendant: *Keith Reddick* (L.S.)

Address | City | State **AL** | Zip Code | Telephone Number

## AFFIDAVIT OF SURETY(IES)

In addition to the statements made above, I(We), the undersigned Surety(ies), hereby certify [that I(we) are not [an] attorney(s), [a] judicial official(s), or [a] person(s) authorized to take bail and]* that I(we) own property in this state that has a fair market value equal to or greater than the amount of the appeal bond in this cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of all other outstanding appeal bonds entered into by me(us). [If the surety's(ies') property is valued at less than the amount of the bond and is to be aggregated with the property of other sureties, state the value of the surety's(ies') property exclusive of liabilities and exemptions].

**SURETY NUMBER 1: Property**  **CASH**
Exemptions and Liabilities**
Other Outstanding Surety Bonds: Number ____ Aggregate Amount: $ ____
_____ (L.S.)
Surety's Name (Print) | Social Security Number | Signature of Surety
Surety's Address | City | State | Zip Code | Telephone Number
*Does not apply: Immediate Family Member. Specify Relationship ____
**Attach a separate sheet if necessary

**SURETY NUMBER 2: Property**  ____
Exemptions and Liabilities**
Other Outstanding Surety Bonds: Number ____ Aggregate Amount: $ ____
_____ (L.S.)
Surety's Name (Print) | Social Security Number | Signature of Surety
Surety's Address | City | State | Zip Code | Telephone Number
*Does not apply: Immediate Family Member. Specify Relationship ____
**Attach a separate sheet if necessary

Bond ☒ APPROVED  ☐ WAIVED
this the **18** day of **Sept.**, 19**97**.

Signature: _[signature]_
Title: **Mun. Judge**

SEP 22 1997

| State of Alabama<br>Unified Judicial System<br>Form MC-16 (front)  Rev. 8/92 | **NOTICE OF APPEAL TO CIRCUIT COURT**<br>**Municipal Ordinance Violation** | CASE NUMBER<br>M44975 |
|---|---|---|

**STATE OF ALABAMA**

**THE MUNICIPALITY OF**

AUBURN, ALABAMA
v.
KEITH CHANNING REDDICK
**DEFENDANT**

☐ IN THE DISTRICT COURT OF _____ COUNTY

☒ IN THE MUNICIPAL COURT OF AUBURN, ALABAMA

**DATE OF JUDGMENT:** September 18th, 1997

**DATE OF DENIAL OF POST JUDGMENT MOTION:** _____

Notice is hereby given that the above named defendant appeals for trial de novo to the Circuit Court of Lee County, Alabama, from final judgment of conviction in this Court adjudging the defendant to be guilty of the offense of Criminal Trespass-3rd Degree.

☐ TRIAL WITHOUT JURY

9-18-97
Date

☒ DEFENDANT DEMANDS TRIAL BY JURY

/s/ Keith Reddick
Signature of Defendant/Attorney

Name of Attorney _____ Telephone Number _____

Address of Attorney _____

### CERTIFICATION OF RECORD ON APPEAL TO CIRCUIT COURT AND COST BILL

I, the undersigned Clerk of the above court, do hereby certify that on the 18th day of September, 19 97, the defendant, Keith Channing Reddick, was convicted in this Court of the offense of Criminal Trespass-3rd Degree and was sentenced as follows: Fine $ 200.00, Court Cost $ 61.00, Restitution $ _____ for _____, such amounts being due and payable to the court, sentenced to 30 ☒ days ☐ months in jail, other re-imburse City for all medical expenses; and that on the 18th day of September, 19 97, the defendant gave Notice of Appeal to the Circuit Court of Lee County. I do further certify the following documents annexed hereto are all the records of the proceedings which are in my possession:

**Original Charging Instrument:**
☐ Copy of Municipal Ordinance, if Applicable
☒ Non-Traffic Complaint
☐ UTC (#_____)
☒ Warrant of Arrest
☐ Other: _____

☒ Appeal Bond/Affidavit of Sureties (See back of form)
☐ Driver History Record
☒ Case Action Summary/Record of Disposition Signed by Judge Showing Judgment and Sentence of Court

Filed in this office on this _____ day of _____, 19 ___.

ORIGINAL: Circuit Court    COPY: Lower Court    COPY: Defendant

| State of Alabama Unified Judicial System<br><br>(Mun)<br>Form C-83 Rev.6-91 | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations - District Court or Municipal Court) | Warrant Number<br><br>Case Number |
|---|---|---|

IN THE __AUBURN MUNICIPAL__ COURT __LEE__ COUNTY
☐ STATE OF ALABAMA ☐ MUNICIPALITY OF ____AUBURN____
V. _____ defendant

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that __Keith Reddick__, Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, commit the offense of __Criminal Trespass 3rd__ within the
  ☐ County of __Lee__
  ☐ City/Town of __Auburn__ or in the police jurisdiction thereof, in that he/she did: (State specified facts here. Continue on a separate sheet of paper if needed.) __enter my apartment at Crossland Down's without my knowledge or that of my roommate, [REDACTED]. We had noticed on several occassions that things in the apartment had been disturbed; doors opened/unlocked, attic entrance disturbed, shelf below attic broken, a whole in ceiling above shower. He did damage the ceiling and closet shelf when he broke in through attic entrance.__

in violation of
  ☐ Section _____, Code of Alabama 1975.
  ☐ Ordinance Number __13-1__, which embraces Section __13A-7-4(A)__
    Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.
  ☐ Other _____

Sworn to and Subscribed before me this
_____ day of
__7/28__, 19 __92__.

_Susan S. White_
Judge/Magistrate/Warrant Clerk

[REDACTED]
Complainant

[REDACTED]
Address

_____
Telephone Number

**WITNESSES**

| NAME | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Additional Witnesses on Reverse Side.

I CERTIFY THIS TO BE A VALID PHOTOCOPY OF AN ORIGINAL DOCUMENT.
_Allie Kate_
2/7/98

| MC-16(back) Rev. 8/92 | NOTICE OF APPEAL TO CIRCUIT COURT<br>Municipal Ordinance Violation | Case Number<br>M44975 |
|---|---|---|

## APPEAL BOND

I, __Keith Channing Reddick_____ (Defendant), as principal, and I(We), (please print) __CASH_____, as surety(ies), agree to pay the Municipality of _____Auburn_____, Alabama, the sum of $ __500.00__ (not to exceed $1,000 or twice the amount of fine and costs) and all costs incurred in this Court and on appeal in this Court unless the above named Defendant appears before the circuit court on the scheduled date and from time to time thereafter until discharged by law to answer this charge of __Criminal Tresspass-3rd Degree_____, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that have a fair market value equal to or greater than the amount of the above bond and we, and each of us, waive the benefits of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is further agreed and understood that this is a continuing bond which shall remain in full force and effect until such time as the undersigned are duly exonerated.

Signed and sealed this date with notice that false statements are punishable as perjury.

_9-18-97_ _____ _Keith Reddick_ (L.S.)
Date                                                    Signature of Defendant
_____ _____ AL _____ _____ _____
Address    City    State    Zip Code    Telephone Number

### AFFIDAVIT OF SURETY(IES)

In addition to the statements made above, I(We), the undersigned Surety(ies), hereby certify (that I(we) are not [an] attorney(s), [a] judicial official(s), or [a] person(s) authorized to take bail and]* that I(we) own property in this state that has a fair market value equal to or greater than the amount of the appeal bond in this cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of all other outstanding appeal bonds entered into by me(us). [If the surety's(ies') property is valued at less than the amount of the bond and is to be aggregated with the property of other sureties, state the value of the surety's(ies') property exclusive of liabilities and exemptions].

**SURETY NUMBER 1: Property**  __CASH_____
Exemptions and Liabilities**  _____
Other Outstanding Surety Bonds: Number _____  Aggregate Amount: $ _____

FILED
SEP 22 1997
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

_____ (L.S.)
Surety's Name (Print)    Social Security Number    Signature of Surety
_____ _____ _____ _____ _____
Surety's Address    City    State    Zip Code    Telephone Number
*Does not apply: Immediate Family Member. Specify Relationship _____
**Attach a separate sheet if necessary

**SURETY NUMBER 2: Property**  _____
Exemptions and Liabilities**  _____
Other Outstanding Surety Bonds: Number _____  Aggregate Amount: $ _____

_____ (L.S.)
Surety's Name (Print)    Social Security Number    Signature of Surety
_____ _____ _____ _____ _____
Surety's Address    City    State    Zip Code    Telephone Number
*Does not apply: Immediate Family Member. Specify Relationship _____
**Attach a separate sheet if necessary

Bond ☒ APPROVED ☐ WAIVED
this the __18__ day of __Sept__, 19_97_  _Signature_

I CERTIFY THIS TO BE A VALID PHOTOCOPY OF AN ORIGINAL DOCUMENT
_Allie Kate_ 2/7/98

| State of Alabama<br>Unified Judicial System<br>Form MC-16 (front) Rev. 8/92 | **NOTICE OF APPEAL TO CIRCUIT COURT**<br>Municipal Ordinance Violation | CASE NUMBER<br>M44975 |

**STATE OF ALABAMA**

THE MUNICIPALITY OF

AUBURN, ALABAMA
v.
KEITH CHANNING REDDICK
DEFENDANT

☐ IN THE DISTRICT COURT OF _____ COUNTY

☒ IN THE MUNICIPAL COURT OF AUBURN, ALABAMA

DATE OF JUDGMENT: September 18th, 1997

DATE OF DENIAL OF POST JUDGMENT MOTION: _____

Notice is hereby given that the above named defendant appeals for trial de novo to the Circuit Court of Lee County, Alabama, from final judgment of conviction in this Court adjudging the defendant to be guilty of the offense of Criminal Trespass-3rd Degree

☐ TRIAL WITHOUT JURY     ☒ DEFENDANT DEMANDS TRIAL BY JURY

9-18-97
Date

/s/ Keith Reddick
Signature of Defendant/Attorney

Name of Attorney                    Telephone Number

Address of Attorney

**CERTIFICATION OF RECORD ON APPEAL TO CIRCUIT COURT AND COST BILL**

I, the undersigned Clerk of the above court, do hereby certify that on the 18th day of September, 19 97, the defendant, Keith Channing Reddick, was convicted in this Court of the offense of Criminal Trespass-3rd Degree and was sentenced as follows: Fine $ 200.00, Court Cost $ 61.00, Restitution $ _____ for _____, such amounts being due and payable to the court, sentenced to 30 ☒ days ☐ months in jail, other re-imburse City for all medical expenses; and that on the 18th day of September, 19 97, the defendant gave Notice of Appeal to the Circuit Court of Lee County. I do further certify the following documents annexed hereto are all the records of the proceedings which are in my possession:

Original Charging Instrument:
☐ Copy of Municipal Ordinance, if Applicable
☒ Non-Traffic Complaint
☐ UTC (# _____ )
☒ Warrant of Arrest
☐ Other: _____

☒ Appeal Bond/Affidavit of Sureties (See back of form)
☐ Driver History Record
☒ Case Action Summary/Record of Disposition Signed by Judge Showing Judgment and Sentence of Court

Filed in this office on this _____ day of _____, 19 ___.

ORIGINAL: Circuit Court   COPY: Lower Court   COPY: Defendant

**CASE ACTION SUMMARY**
Case # MC97-0044975 OPEN
Court Date: Thu Sep 18, 1997, 08:00 AM

Printed: Tue Jul 29, 1997 10:58 am

Page #1

## Defendant

REDDICK, KEITH CHANNING

Sex: M
Race: WHITE/MEX.
DOB:
SSN:

### Employer

### Charge

Charge: CRIMINAL TRESPASS 3RD DEGREE
Section/Paragraph: 13A-7-4 (A) A

violation

### Complainant

### Sureties

### Witnesses

### Arrest

Arrest Date: 1997-07-28
Arresting Officer: WARRANT

### Bench Notes

On 9-18-97 the defendant appears in open court in person and pleads guilty. After hearing the evidence it is the judgement of the court that defendant is Guilty and is fined 200 together with 61 cost and _____ restitution to the victim and sentenced to 30 days in _____ jail. Defendant to pay _____ per day for housing and maintenance plus actual medical expenses incurred during the period of incarceration. Defendant is given ____ days credit for time already served in jail on this charge.

Additional orders: Δ to reimb. City for all med. 90 days from rel. to pay.

[ ] _____ per day for _____ days incarcerated (housing and maintenance)
Total _____; plus actual medical expenses incurred on behalf of the defendant.

Judge Municipal Court

| DATE | RECEIPT NUMBER | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

December 22, 1997

Circuit Clerk's Office
2311 Gateway Drive
Opelika, AL 36801
Contact: Lee & Kamala

Ref: State of Alabama VS Reddick, Keith Channing   form: E487 & E488

I apologize, but I did not realize I still owed money until I got this notice on December 20, 1997.   I have already paid $1000.00, some on September 18 or 19 and some in August.   I haven't found my receipts yet, but when I do I will forward them to you.   I have enclosed two money orders for the amount of One Thousand One Hundred and Fourty dollars ($1,140.00).

money order numbers (#02-303611463   for $500.00 ) and
(557433969  for $640.00 )

Sincerely,

Sam Reddick

Sam Reddick
Mother of Keith Channing Reddick