| Def Name | COURT | Judge | CASE NO. | DATE | S | AMOUNT |
|---|---|---|---|---|---|---|
| Smith, Philip Courtney | NDOK | John E. Dowdell | 15-98 | 6/6/16 | | $6,103.42 |
| Millette, Kevin | DCME | Nancy Torresen | 16-4 | 6/6/16 | | $1,000.00 |
| Winters, Cassidy | DCMT | Brian Morris | 15-58 | 6/9/16 | | $1,000.00 |
| Durham, Troy L. | EDKY | Amul R. Thapar | 15-32 | 7/8/16 | | $6,000.00 |
| Herman, Joseph Vincil | SDFL | William J. Zloch | 15-60270 | 7/15/16 | | $2,500.00 |
| Oleski, John leonard | WDPA | David Stewart Cercone | 16-8 | 8/22/16 | | $1,000.00 |
| Kelly, Matthew E | CDIL | Sara Darrow | 15-40074 | 9/30/16 | | $6,000.00 |
| Huse, Paul | MDFL | James S. Moody, Jr. | 15-373 | 11/22/16 | | $1,000.00 |
| Elder, Robert J | MDPA | Matthew W. Brann | 16-1 | 9/19/16 | | $3,000.00 |
| Ortiz, Roger | EDPA | Timothy J. Savage | 16-188 | 9/20/16 | | $1,000.00 |
| Fenn, Robert | EDVA | James C. Cacheris | 12-cr-510 | 11/3/16 | | $4,000.00 |
| Basantes, Lenin Eugenio | DCNJ | Esther Salas | 16-427 | 1/26/17 | | $3,000.00 |
| Meagher, Paul Bradley | DCND | Ralph R. Erickson | 15-95 | 2/6/17 | | $1,000.00 |
| Faulkner, David | SDIL | Staci M. Yandle | 15-30121 | | | $2,000.00 |
| Lillie, Jeremy | NDNY | Gary L. Sharpe | 16-cr-00245 | 3/17/17 | | $10,000.00 |
| Ramirez, Hernan | WDTX | Xavier Rodriguez | 14-835 | 3/6/17 | | $3,000.00 |
| Chung, Coleman | WDWI | William M. Conley | 16-33 | 9/1/16 | | $250.00 |
| Turner, Kendric Demetri | WDTX | Robert Pitman | 16-296 | 4/4/17 | | $1,000.00 |
| Briggs, Walter Duane | DCCO | Marcia S. Kieger | 16-36 | 5/1/17 | | $2,000.00 |
| Armendariz, Richard Anthony | WDTX | Fred Biery | 16-177 | 5/2/17 | | $10,000.00 |
| Ilich, Ronald A | WDPA | Mark R. Hornak | 16-44 | 6/7/17 | | $3,000.00 |
| Loos, Orin | DCWY | Alan B. Johnson | 17-39 | 5/30/17 | | $1,160.00 |
| O'Dell, Darren | WDMO | Howard F. Sachs | 16-196 | 6/8/17 | | $1,000.00 |
| Wingfield, Brent Andrew | MDNC | N. Carlton Tilley Jr | 16-334 | 5/18/17 | | $2,500.00 |
| Kurtz, Anthony T | MDLA | John W. deGravelles | 15-160 | 5/10/17 | | $1,500.00 |
| Cook, Ernest R | DCME | John Woodcock Jr | 16-153 | 4/18/17 | | $4,000.00 |
| Whittle, Christopher | NDCA | James Donato | 16-42 | 2/27/17 | | $2,500.00 |
| Davis, Jimmy R | MDLA | Shelly D. Dick | 15-169 | 6/15/17 | | $1,000.00 |
| Rambo, Thomas Christian | EDPA | Timothy J. Savage | 16-221 | 3/23/17 | | $428.50 |
| Yauger, Mark David | SDIN | Richard L. Young | 13-64 | 2/23/17 | | $1,250.00 |
| Ward, John Charles | WDMI | Robert J. Jonker | 16-120 | 3/15/17 | | $1,500.00 |
| Ruddell, Darrin Lee | EDWA | Edward F. Shea | 16-6028 | 6/20/17 | | $1,000.00 |
| Pendegraft, Christopher | SDIL | Michael J. Reagan | 17-30011 | 6/28/17 | | $500.00 |
| Lynn, Alexander | EDTX | Marcia A. Crone | 15-177 | 9/21/16 | | $500.00 |
| Spear, Philip Joseph | SDMS | Louis Guirola Jr. | 17-17 | 7/10/17 | | $5,000.00 |
| Gutierrez-Quintana, Christopher | CDCA | Andre Birotte Jr | 16-83 | 7/26/17 | | $1,000.00 |
| Ridgeway, Norman | EDPA | Eduardo C. Robreno | 16-180 | 7/19/17 | | $1,333.00 |
| Haring, Donald | DCNJ | Freda L. Wolfson | 16-301 | 7/20/17 | | $1,500.00 |
| Ramirez-Zapata, Eloy | WDTX | Sam Sparks | 17-127 | 6/28/17 | | $500.00 |

| Name | District | Judge | Case | Date | Amount |
|---|---|---|---|---|---|
| Light, Paul | NDNY | Gary L. Sharpe | 16-158 | 7/24/17 | $7,500.00 |
| Brown, Jerry R | MDLA | Brian A. Jackson | 17-6 | 8/3/17 | $1,000.00 |
| Manzo, Mark A | EDMO | E. Richard Webber | 16-201 | 7/18/17 | $325.00 |
| Hafely, David | NDOH | Patricia A. Gaughan | 16-391 | 7/5/17 | $2,000.00 |
| Bilau, Anthony | MDFL | Elizabeth A. Kovachevich | 17-55 | 8/25/17 | $3,000.00 |
| | | | | | **$109,849.92** |